Glenn S. Draper, WSBA #24419
BERGMAN DRAPER LADENBURG, PLLC
614 First Avenue, 4th Floor
Seattle, WA 98104
Telephone: (206) 957-9510
Telefax:  (206) 957-9549
E-Mail: glenn@bergmanlegal.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ELDON W. HOLCK and JACQUELINE M. HOLCK, husband and wife<br><br>Plaintiffs,<br><br>v.<br><br>**CARRIER CORPORATION**;<br>**CBS CORPORATION**, a Delaware corporation, f/k/a VIACOM, INC., successor by merger to CBS CORPORATION, a Pennsylvania corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION;<br>**CLA-VAL**;<br>**GENERAL ELECTRIC COMPANY**;<br>**IMO INDUSTRIES, INC.**, individually and as successor-in-interest to DE LAVAL TURBINE, INC.;<br>**INGERSOLL-RAND COMPANY**;<br>**METROPOLITAN LIFE INSURANCE COMPANY**;<br>**NORTHERN PUMP**, Division of **MCNALLY** | NO.<br><br>COMPLAINT FOR DAMAGES<br><br>JURY DEMAND |

- 1
NO.
s:\clients\h\holck, eldon\holcke_pleadings\holcke_pld_complaint.doc

**INDUSTRIES, LLC**;
**SABERHAGEN HOLDINGS, INC.**;
**SALMON BAY SAND AND GRAVEL COMPANY**;
**VELAN VALVE CORPORATION**; and
**WARREN PUMPS, LLC.**, Individually and as successor in interest to QUIMBY PUMP COMPANY,

Defendants.

## I.   PARTIES

1.1   Plaintiffs Eldon W. Holck and Jacqueline M. Holck, husband and wife, reside in Forest Grove, Oregon.

1.2   The defendants are corporations incorporated and with their principal places of business outside the State of Oregon.

1.3   Defendants and/or their predecessors-in-interest are corporations that, at all times relevant herein, manufactured and sold products with asbestos-containing components, which were designed and intended to be used in conjunction with asbestos-containing insulation, and that would not function as designed without the use of the asbestos-containing components and asbestos-containing insulation.

## II.   JURISDICTION

2.1   This court has diversity jurisdiction over the above-captioned cause because the amount in controversy exceeds $100,000 and Plaintiffs and Defendants are residents of different states.  Venue in this Court is proper under 28 U.S.C. § 1391 (2).

## III.   FACTS

3.1   Plaintiff Eldon W. Holck (DOB: June 7, 1946; SSN: ***-**-7257) worked as a boiler technician from 1965 to 1969, while serving in the U.S. Navy aboard the USS Kitty Hawk

COMPLAINT FOR DAMAGES- 2
s:\clients\h\holck, eldon\holcke_pleadings\holcke_pld_complaint.doc

BERGMAN DRAPER & FROCKT
614 FIRST AVENUE, THIRD FLOOR
SEATTLE, WA  98104
TELEPHONE:  206.957.9510
FACSIMILE:  206.957.9549

and was exposed to asbestos-containing materials, including thermal insulation, refractory cements, gaskets and packing, were manufactured by, sold by, or incorporated into equipment manufactured by the defendants. Mr. Holck rejoined the Navy in 1975, and served as a boiler tender aboard the USS Dixon (1975-1977) and the USS Halsey (1977-1981), and was similarly exposed to asbestos on both vessels.

3.2    Mr. Holck has been diagnosed with mesothelioma, a cancer of the lining of the lung, caused by his exposures to asbestos manufactured by, sold by, or incorporated into equipment manufactured by the defendants. This disease is terminal.

## IV.    LIABILITY

4.1    Plaintiffs' claims against the equipment manufacturers are based upon negligence and strict product liability under Section 402A of the Restatement of Torts. The liability-creating conduct of defendants consisted, inter alia, of negligent and unsafe design; failure to inspect, test, warn, instruct, monitor and/or recall; failure to substitute safe products; marketing or installing unreasonably dangerous or extra-hazardous and/or defective products; marketing or installing products not reasonably safe as designed; marketing or installing products not reasonably safe for lack of adequate warning and marketing or installing products with misrepresentations of product safety.

## V.    DAMAGES

5.1    As a proximate result of defendants' negligence and/or product liability, plaintiff Eldon W. Holck has sustained pain, suffering and disability in an amount not now known, but which will be proven at trial. Plaintiff Eldon W. Holck also sustained medical expenses, economic losses in an amount to be proven at trial. Plaintiff Jacqueline M. Holck has sustained loss of spousal relationship as a result of Eldon W. Holck's illness.

COMPLAINT FOR DAMAGES- 3
s:\clients\h\holck, eldon\holcke_pleadings\holcke_pld_complaint.doc

BERGMAN DRAPER & FROCKT
614 FIRST AVENUE, THIRD FLOOR
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549

WHEREFORE, plaintiffs pray for judgment against the defendants and each of them as follows:

1. For general and special damages specified above, including pain, suffering, loss of spousal relationship disability;

2. For medical and related expenses economic loss, all of which will be proven at the time of trial;

3. For plaintiffs' costs and disbursements herein;

4. For prejudgment interest in the amount to be proven at trial; and

5. For such other relief as the Court deems just.

DATED this 11th day of October, 2013.

BERGMAN DRAPER LADENBURG

/s/ Glenn S. Draper
Glenn S. Draper, WSBA #24419
BERGMAN DRAPER LADENBURG, PLLC
614 First Avenue, 4th Floor
Seattle, WA 98104
Telephone: (206) 957-9510
Telefax: (206) 957-9549
E-Mail: glenn@bergmanlegal.com
Counsel for Plaintiffs

COMPLAINT FOR DAMAGES- 4
s:\clients\h\holck, eldon\holcke_pleadings\holcke_pld_complaint.doc

BERGMAN DRAPER & FROCKT
614 FIRST AVENUE, THIRD FLOOR
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549