THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ELDON W. HOLCK and JACQUELINE M. HOLCK, husband and wife,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CARRIER CORPORATION, et al.,<br><br>　　　　Defendants. | NO 3:13-cv-05905-RJB<br><br>DEFENDANT CBS CORPORATION'S FED. R. CIV. P. 26(a)(1) INITIAL DISCLOSURE |

Defendant CBS Corporation, f/k/a Viacom, Inc., successor by merger to CBS, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation (hereinafter "CBS") makes the following initial disclosures in accordance with Federal Rule of Civil Procedure 26(a)(1).

**PRELIMINARY STATEMENT**

Federal Rule of Civil Procedure 26(a)(1) requires the disclosure of the existence of documents and identification of individuals that the disclosing party "may use to support its claims and defenses, unless solely for impeachment."

In accordance with the above requirements, and without waiver of the attorney-client privilege or any other applicable privilege or doctrine, CBS makes the following Rule 26(a)(1) initial disclosures based upon the knowledge and information now reasonably available to it. CBS's investigation and discovery in this case are continuing. Accordingly, CBS reserves the

DEFENDANT CBS CORPORATION'S FED. R. CIV. P. 26(a)(1) INITIAL DISCLOSURE - 1
(3:13-cv-05528-BHS)

**Sedgwick, LLP**
520 Pike Street, Suite 2200
Seattle, WA  98101
(206) 462-7560

1  right to clarify, amend or supplement the information contained in these initial disclosures in
2  accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.  These
3  initial disclosures are provided without prejudice to CBS's right to introduce at a hearing or at
4  trial any evidence that is subsequently discovered.

5        To the extent Plaintiffs seek production of any confidential or proprietary business
6  information or materials identified herein, such information will be produced only upon the entry
7  of a mutually agreeable protective order.  CBS objects to the disclosure requirements to the
8  extent they call for the production of information protected by privilege, and all requirements
9  will be read to exclude production of information so protected.  CBS makes these initial
10  disclosures without waiving any of its objections under the Federal Rules of Evidence or the
11  Federal Rules of Civil Procedure including objections as to relevance or admissibility.

12      **I.**    **Individuals Likely to Have Discoverable Information.**

13        CBS is presently aware of the following individuals likely to have knowledge of
14  discoverable information that it may use to support its defenses or who have otherwise provided
15  testimony relevant to this litigation:

| NAME | ADDRESS | SUBJECT MATTER |
|---|---|---|
| J. David Conrad | 1706 Demetree Drive<br>Winter Park, Florida 32789 | Mr. Conrad has knowledge of relevant facts and personal knowledge of certain work sites throughout the country, but is also an expert based on his specialized knowledge, skill and training. |
| Roy Belanger | 4013 Case Grande Way<br>San Jose, CA 98118 | This individual has personal knowledge of relevant facts as a former employee of Westinghouse and its affiliates or expertise based on specialized knowledge, skill and training.  His knowledge may further be based on a review of pertinent documents currently available which relate to the equipment at issue, as well as a review of pertinent corporate depositions of former employees of Westinghouse who may have had personal knowledge of relevant issues herein. |

DEFENDANT CBS CORPORATION'S FED. R. CIV. P. 26(a)(1)
INITIAL DISCLOSURE - 2
(3:13-cv-05528-BHS)

**Sedgwick, LLP**
520 Pike Street, Suite 2200
Seattle, WA  98101
(206) 462-7560

| NAME | ADDRESS | SUBJECT MATTER |
|---|---|---|
| Joseph A. Falcon, P.E. | Consulting Power Engineers 17155 Roundhill Drive Huntington Beach, California 92649-4216 | Mr. Falcon is a mechanical engineer with over forty years experience in the power and energy fields. Mr. Falcon has personal knowledge of relevant facts but is also an expert based upon his specialized knowledge, skill, and training. |
| John Goumas | 910 Truepenny Road Media, Pennsylvania 19063 | Mr. Goumas has personal knowledge of relevant facts, but is also an expert based upon his specialized knowledge, skill, and training. Mr. Goumas, a retired Westinghouse engineer, may testify, either live or by deposition, about general matters concerning the design, manufacture, sales, and installation of Westinghouse steam turbine generators. |
| Mark Perriello | 11 Stanwix Street Pittsburgh, PA 15222 | Mr. Perriello has personal knowledge of relevant facts but is also an expert based upon his specialized knowledge, skill, and training. He may testify generally regarding industrial hygiene issues. |
| Charles Reep | 3066 Ladovie N.E. Atlanta, Georgia 30345 | Mr. Reep, an engineer, has knowledge of relevant facts and personal knowledge of certain work sites throughout the country, but is also an expert based on his specialized knowledge, skill, and training. |
| John Spencer | Environmental Profiles, Inc. 813 Frederick Road Baltimore, Maryland 21228 | Mr. Spencer may testify, either live or by deposition, about the nature of the size, construction, layout, and working environment in Plaintiff's work site. |
| John Tabbutt | Iscosa Industries and Maintenance LTD. P.O. Box 1032 Dammam, Kingdom of Saudi Arabia 31431 | Mr. Tabbutt has knowledge of relevant facts and personal knowledge of certain work sites throughout the country but is also an expert based on his specialized knowledge, skill, and training. |
| Wayne Bickerstaff | 1241 Sumac Street Westmoreland City, Pennsylvania 15692 | Mr. Bickerstaff has personal knowledge of relevant facts but is also an expert based upon his specialized knowledge, skill, and training. |

DEFENDANT CBS CORPORATION'S FED. R. CIV. P. 26(a)(1) INITIAL DISCLOSURE - 3
(3:13-cv-05528-BHS)

**Sedgwick, LLP**
520 Pike Street, Suite 2200
Seattle, WA 98101
(206) 462-7560

| NAME | ADDRESS | SUBJECT MATTER |
|---|---|---|
| Harry Comerford | Marine Division<br>401 East Hendy Avenue<br>Post Office Box 3499<br>(EW-1)<br>Sunnyvale, California  94088 | Mr. Comerford has personal knowledge of relevant facts but is also an expert based upon his specialized knowledge, skill, and training. |
| James E. Duncan | 401 E. Hendy Avenue<br>Sunnyvale, California  94088 | James Duncan is a marine engineer who worked for private ship lines and, beginning in 1965, for Westinghouse as a marine service engineer. |
| James M. Gate | 401 East Hendy Avenue<br>Sunnyvale, CA  94088-3499 | Mr. Gate has personal knowledge of relevant facts but is also an expert based upon his specialized knowledge, skill, and training. |
| Jim Sanderlin | JTS Associates<br>300 Helen Street<br>Hampton, SC  29224 | Mr. Sanderlin was employed in sales with the Westinghouse Micarta Division in Hampton, South Carolina. |
| Tom Shaw | LMC Plastisource<br>P.O. Box 6710<br>Philadelphia, Pennsylvania 19132 | Mr. Shaw has personal knowledge of relevant facts but is also an expert based upon his specialized knowledge, skill, and training. |
| Dennis Weisenburger | University of Nebraska Medical Center<br>Department of Pathology and Microbiology<br>600 South 42nd Street<br>Omaha, NE 68198-3135 | Dr. Weisenburger is the Director of Hematopathology and serves as a consulting pathologist for the International Consortium of Investigators working on Lymphoma Epidemiologic Studies (interLymph). |
| Stephen M. Ayres, M.D. | Chairman, Department of Internal Medicine<br>St. Louis University School of Medicine<br>1325 Grand Avenue<br>St. Louis, Missouri 63104 | Dr. Ayres is a medical expert in internal medicine with knowledge of state-of-the-medical-art; knowledge of clinical aspects of pulmonary diseases; effects of smoking; studies of and medical literature regarding lung diseases, including cancer, mesothelioma, and asbestosis. |
| Oscar Auerbach, M.D.<br>(By videotape deposition or by live testimony) | East Orange Veteran's Administration Hospital<br>S.M.I. Laboratory (151B)<br>East Orange, NJ 07019 | Dr. Auerbach is a pathologist with knowledge of the pathology of pulmonary diseases, including, but not limited to, asbestosis, mesothelioma, lung cancer, chronic bronchitis and emphysema. |
| Hector Battifora, M.D. | Division of Pathology<br>City of Hope National Medical Center<br>1500 East Duarte Road | Dr. Battifora is an anatomic pathology expert with knowledge of the pathology of pulmonary disease, including asbestosis, mesothelioma and lung cancer, as well as |

DEFENDANT CBS CORPORATION'S FED. R. CIV. P. 26(a)(1) INITIAL DISCLOSURE - 4
(3:13-cv-05528-BHS)

Sedgwick, LLP
520 Pike Street, Suite 2200
Seattle, WA  98101
(206) 462-7560

| NAME | ADDRESS | SUBJECT MATTER |
|---|---|---|
| | Duarte, CA 91010 | knowledge of electron microscopy techniques and immunohistochemical techniques. |
| Roger Beckett (By live testimony or by deposition) | Industrial Hygienist Naval Regional Medical Center, Code 430 Bremerton, WA 98314 | Mr. Beckett is an industrial hygienist at Puget Sound Naval Shipyard (PSNS) who has knowledge of The U.S. Government's awareness of potential health hazards associated with the use of asbestos-containing products at government shipyards; workplace conditions at PSNS; health studies conducted at PSNS relative to asbestos exposure: and the PSNS program to control asbestos exposure. |
| Daniel Bessmer | Retired Industrial Hygienist 6700 Stampede Blvd NW Seattle, WA 98310 | Mr. Bessmer is a retired industrial hygienist and former head of the Industrial Hygiene Department at Puget Sound Naval Shipyard (PSNS) and former industrial hygienist at several other naval shipyards. |
| Robert Burdick, M.D. | The Polyclinic 1200 Harvard Avenue Seattle, Washington 98122 | Dr. Burdick is a medical oncologist who may testify to the cause, nature, diagnosis, prognosis and treatment of malignant diseases. |
| Phillip Cagle, M.D. Associate Professor | Baylor College of Medicine Department of Pathology One Baylor Plaza, Rm. 286A Houston, Texas | Dr. Cagle is a specialist in pathology with knowledge of the diagnosis, causation, and clinical aspects of pulmonary diseases, the history and development of the medical state-of-the-art, the pathology of cancer and disease processes, the effects of smoking, and the medical literature regarding smoking and regarding pulmonary diseases and cancer. |
| Darryl Carter, M.D. | c/o Yale University School of Medicine Department of Pathology P.O. Box 208070 New Haven, CT 06520-8070 | Dr. Carter is a board-certified pathologist with knowledge of the pathology of pulmonary diseases, including, but not limited to, asbestosis, mesothelioma, lung cancer, chronic bronchitis, and emphysema. |
| Jeffrey M. Cary, M.D. | 801 Broadway, #814 Seattle, Washington 98122 | Dr. Cary is a medical expert as to pulmonary and other diseases and has a "B" reader designation. |
| Kenneth Casey, M.D. | The Mason Clinic, 8 North 1100 Ninth Avenue Seattle, WA 98101 | Dr. Casey is a pulmonologist and a "B" reader. He is an expert in pulmonary diseases and the X-ray findings associated |

DEFENDANT CBS CORPORATION'S FED. R. CIV. P. 26(a)(1) INITIAL DISCLOSURE - 5
(3:13-cv-05528-BHS)

Sedgwick, LLP
520 Pike Street, Suite 2200
Seattle, WA  98101
(206) 462-7560

| NAME | ADDRESS | SUBJECT MATTER |
|---|---|---|
| | | with pneumoconioses. |
| Andrew Churg, M.D., Ph.D. (By live testimony or by deposition) | Department of Pathology Health Sciences Centre Hospital University of British Columbia 2211 Westbrook Mail Vancouver, B.C. CANADA V6T 1W5 | Dr. Churg is a pathologist with knowledge of the pathology of pulmonary diseases, including asbestosis, mesothelioma, lung cancer, chronic bronchitis and emphysema. |
| Joseph Cimino, M.D. | Department of Community and Preventive Medicine at New York Medical College Valhalla, New York | Dr. Cimino, professor and chairman of the Department of Community and Preventive Medicine at New York Medical College, has knowledge of state-of-the-medical-art; clinical aspects of pulmonary diseases; effects of smoking; studies of and medical literature regarding lung diseases, including cancer, mesothelioma, and asbestosis. |
| Thomas Colby, M.D. | Mayo Clinic Department of Pathology 200 1st Street SW Rochester, MN 55905 | Dr. Colby is a pathologist with knowledge of the pathology of pulmonary diseases, including, but not limited to, asbestosis, mesothelioma, lung cancer, chronic bronchitis and emphysema. |
| W. Clark Cooper, M.D. (By live testimony or by deposition) | 2150 Shattuck Avenue Berkeley, California | Dr. Cooper has knowledge of internal medicine, occupational disease, industrial hygiene, state-of-the-medical-art involving asbestos-related diseases, and the clinical and epidemiological aspects of pulmonary diseases and asbestos-related diseases. |
| John E. Craighead, M.D. (By live testimony or by deposition) | 1845 Four Winds Road Ferrisburg, Vermont 05456 Phone: (802) 425-3480 | Dr. Craighead is a pathologist with knowledge of asbestos-related diseases, pulmonary diseases, cancer and the relationship between asbestos fibers and asbestos-related disease. |
| J.N.P. Davies, M.D. | 5 Pine Street Albany, New York | Dr. Davies has knowledge of state-of-the-medical-art; clinical aspects of pulmonary diseases; effects of smoking; studies of and medical literature regarding lung diseases, including cancer, mesothelioma and asbestosis. |
| Harry P. Demopoulos, M.D. | Associate Professor of Pathology New York University | Dr. Demopoulos has knowledge of and may testify regarding the following: the state-of-the-medical-art; clinical aspects of |

DEFENDANT CBS CORPORATION'S FED. R. CIV. P. 26(a)(1) INITIAL DISCLOSURE - 6
(3:13-cv-05528-BHS)

**Sedgwick, LLP**
520 Pike Street, Suite 2200
Seattle, WA 98101
(206) 462-7560

| NAME | ADDRESS | SUBJECT MATTER |
|---|---|---|
|  | Medical Center<br>550 First Avenue<br>New York, New York 10016 | pulmonary diseases; and the clinical aspects, diagnosis, causation, studies of, and medical literature regarding lung diseases, particularly cancer, as may be associated with asbestos, smoking and otherwise, both generally and in the context of Mr. Holck's medical condition. |
| David F. Dreis, M.D. | Virginia Mason<br>1100 Ninth, C8N<br>P.O. Box 900<br>Seattle, WA 98111 | Dr. Dreis is a medical expert as to pulmonary and other diseases. |
| Edward A. Gaensler, M.D. (by live testimony) | Professor, Surgery and Physiology,<br>Thoracic Surgery<br>Boston University Medical Center<br>80 East Concord Street<br>Boston, MA 02118 | Dr. Gaensler is a medical specialist in pulmonary diseases and thoracic surgery with special knowledge of asbestos-related diseases. |
| David Godwin, M.D. | Department of Radiology, SB-05<br>University of Washington Hospital<br>Seattle, Washington 98195 | Dr. Godwin is a board certified radiologist and a certified B-reader. |
| Dennis Hansen, M.D. | Virginia Mason South<br>33501 First Avenue South<br>Federal Way, WA 98003 | Dr. Hansen is a board certified cardiologist and an expert in diseases of the heart, who may testify to the cause, nature, diagnosis, prognosis and treatment of cardiovascular disease in general and/or regarding Eldon W. Holck. |
| Raymond D. Harbison, Ph.D. | Progress Center, Room N103<br>One Progress Blvd., Box 13<br>Alachua, Florida 32615 | Dr. Harbison is a pharmacologist-toxicologist who will testify regarding the history, methods, and subject area of pharmacology and toxicology as it relates to all substances, including asbestos. |
| Elliott Hinkes, M.D. | 301 North Prairie Avenue, Suite 311<br>Inglewood, CA 90301 | Dr. Hinkes is a licensed physician specializing in oncology. |
| H. Corwin Hinshaw, M.D. (By live testimony or by deposition) | 450 Sutter Street<br>San Francisco, California | Dr. Hinshaw is a specialist in internal medicine with knowledge of state-of-the-medical art; knowledge of clinical aspects of pulmonary diseases; and knowledge of clinical aspects, diagnosis and causation of lung and gastrointestinal cancer. |

DEFENDANT CBS CORPORATION'S FED. R. CIV. P. 26(a)(1) INITIAL DISCLOSURE - 7
(3:13-cv-05528-BHS)

Sedgwick, LLP
520 Pike Street, Suite 2200
Seattle, WA  98101
(206) 462-7560

| NAME | ADDRESS | SUBJECT MATTER |
|---|---|---|
| Robin Johnston, M.D. | Virginia Mason 1100 Ninth Avenue Seattle, Washington 98101 | Dr. Johnston is a cardiologist and an expert in diseases of the heart, who may testify to the cause, nature, diagnosis, prognosis and treatment of cardiovascular disease in general and/or regarding Eldon W. Holck. |
| Reynold M. Karr, M.D. | 3128 Norton Avenue Everett, Washington 98201 | Dr. Karr is a board certified internist and rheumatologist with specific knowledge of rheumatologic diseases. |
| David Knowles, Ph.D. | P.O. Box 71 Edmonds, WA 98020 | Dr. Knowles is an economist with knowledge of and expert opinions pertaining to economic issues raised by plaintiff, including the existence or nonexistence of economic losses and the extent thereof. |
| Robert F. Lane, M.D. | Northwest Cancer Center 1560 NW 115th Seattle, WA 98133 | Dr. Lane is a licensed physician specializing in oncology. |
| Arthur M. Langer, Ph.D. | Mt. Sinai School of Medicine Associate Professor of Mineralogy New York, New York | Dr. Langer will testify regarding the effects of chrysotile asbestos fibers with respect to the causation and/or development of mesothelioma and other cancerous conditions as well as other health conditions and/or medical history pertinent to Eldon W. Holck's case. |
| James E. Lockey, M.D., M.S. (By live testimony or by deposition) | 3848 Chimney Hill Drive Cincinnati, Ohio 45241 | Dr. Lockey is a medical expert in Internal Medicine, Occupational Medicine and Pulmonary Medicine. |
| Carl Mangold | By deposition | Mr. Mangold is an industrial hygienist and was formerly employed at PSNS as an industrial hygienist. |
| James F. Morgan | 612 Marion Avenue Havertown, PA19083 | Mr. Morgan may provide expert and factual testimony that the government was aware of the health hazards of asbestos prior to 1942, and testimony regarding government contract shipyards. |
| William K.C. Morgan, M.D. (By live testimony or by deposition) | Director, Chest Diseases Unit, University Hospital University of Western Ontario P.O. Box 5339, Postal Station A | Dr. Morgan has knowledge of the pathology, diagnosis, testing and causation of pulmonary diseases and may testify with respect to the development of scientific knowledge pertaining to asbestos-related diseases. |

DEFENDANT CBS CORPORATION'S FED. R. CIV. P. 26(a)(1) INITIAL DISCLOSURE - 8
(3:13-cv-05528-BHS)

**Sedgwick, LLP**
520 Pike Street, Suite 2200
Seattle, WA 98101
(206) 462-7560

| NAME | ADDRESS | SUBJECT MATTER |
|---|---|---|
| | London, Ontario N6A SAS | |
| Kenneth Nelson | 1894 Mill Creek Way<br>Salt Lake City, Utah | Kenneth Nelson will testify about his work and the studies in which he participated relating to asbestos beginning as far back as the 1940's, including his work in industrial hygiene related to U.S. government shipyards and private shipyards. |
| A. Mitchell Polinsky | Stanford University<br>Josephine Scott Crocker Professor of Law and Economics, Crown Quadrangle<br>Stanford, CA 94306-8610 | Dr. Polinsky is an economist with knowledge of and expert opinions pertaining to economic issues, economic losses and the extent thereof. |
| Lee B. Reichman, M.D., M.P.H. | College Hospital<br>100 Bergen Street<br>Newark, NJ 07103 | Dr. Reichman is a pathologist with knowledge regarding occupational diseases of the lung and the history of medical knowledge pertaining to major types of asbestos-related disease. |
| William Salyer, M.D. | Alta Bates Hospital<br>3001 Colby Plaza at Ashby<br>Berkeley, California 94705 | Dr. Salyer is a licensed physician and pathologist and the Director of Anatomic Pathology at Alta Bates Hospital and may testify as to various principles of pathology and their relationship to Eldon W. Holck's medical condition and concerning issues of his specialty as applicable to the medical issues presented by this case. |
| Robert Schoene, M.D. | Harborview Medical Center<br>325 Fifth Avenue<br>Seattle, Washington 98104 | Dr. Schoene is a medical expert as to pulmonary and other diseases. |
| Khalil Sheibani, M.D. | Division of Pathology<br>City of Hope National Medical Center<br>1500 East Duarte Road<br>Duarte, California 91010 | Dr. Sheibani is an anatomic pathology expert with knowledge of the pathology of pulmonary disease, including asbestosis, mesothelioma and lung cancer, as well as knowledge of electron microscopy techniques and immunohistochemical techniques. |
| Dorsett D. Smith, M.D.<br>(By live testimony or by deposition) | 4310 Colby, Suite 201<br>Everett, Washington 98201 | Dr. Smith is a pulmonary specialist and radiologist with "B" reader designation. |
| David Tinker, | Cardiovascular Diseases | Dr. Tinker is a cardiologist and an expert in |

DEFENDANT CBS CORPORATION'S FED. R. CIV. P. 26(a)(1)
INITIAL DISCLOSURE - 9
(3:13-cv-05528-BHS)

**Sedgwick, LLP**
520 Pike Street, Suite 2200
Seattle, WA 98101
(206) 462-7560

| NAME | ADDRESS | SUBJECT MATTER |
|---|---|---|
| M.D. | 1225 Campbell Way Bremerton, WA98310 | diseases of the heart who may testify as to the cause, nature, diagnosis, prognosis and treatment of cardiovascular disease in general, and/or regarding Eldon W. Holck. |
| Frederic Tobis, M.D. | 2560 N. 115th St., Suite 2-1 Seattle, Washington 98133 | Dr. Tobis is a cardiologist with knowledge of cardiology and the interrelationship of the pulmonary and cardiovascular systems who may testify as to Eldon W. Holck's cardiovascular functions, medical history, and the diagnoses and prognoses relevant to Eldon W. Holck's medical condition. |
| Hans Weill, M.D. (By live testimony or by deposition) | Occupational and Environmental Lung Disease Center Tulane University School of Medicine 1700 Perdido Street New Orleans, LA70122 | Dr. Weill is a pulmonary specialist with knowledge of the clinical aspects of pulmonary diseases and the development of scientific knowledge concerning asbestos-related diseases who may testify regarding this knowledge and the medical condition, medical history and any diagnoses and prognoses relevant to Eldon W. Holck's medical condition. |
| Noel S. Weiss, Ph.D., M.D. | Chairman, Department of Epidemiology University of Washington, SC-36 Health Sciences Building, F263-D 1959 Pacific Avenue NE Seattle, WA 98195 | Dr. Weiss is an expert in epidemiology, the statistical study of diseases in a population. |
| Louis Zibelli, M.D. | Group Health Eastside Redmond, WA98052 | Dr. Zibelli is a cardiologist with knowledge of the pulmonary and cardiovascular systems who may testify as to Eldon W. Holck's cardiovascular functions, medical history and the diagnoses and prognoses relevant to his medical condition. |
| Douglas Fowler, Ph.D. | Fowler Associates 643 Bair Island Rd Suite 305 Redwood City, CA 94604 | Dr. Douglas P. Fowler is an industrial hygiene consultant. |
| Jack E. Petersen, Ph.D., C.I.H., P.E. | 2830 Via Viejas Oeste Alpine, California 91901 | Mr. Peterson is a certified industrial hygienist. |
| William Hughson, M.D. | UCSD Center for Occupational & | Dr. Hughson is a licensed physician and an epidemiologist. |

DEFENDANT CBS CORPORATION'S FED. R. CIV. P. 26(a)(1) INITIAL DISCLOSURE - 10
(3:13-cv-05528-BHS)

**Sedgwick, LLP**
520 Pike Street, Suite 2200
Seattle, WA  98101
(206) 462-7560

| NAME | ADDRESS | SUBJECT MATTER |
|---|---|---|
| | Environmental Medicine Administrative Offices 200 West Arbor Drive San Diego, CA  92103-8800 | |
| Edward B. Ilgren, M.D. | 830 Montgomery Avenue, No. 503 Bryn Mawr, PA 19010 | Dr. Ilgren is a licensed physician and pathologist.  He will testify regarding the etiology and epidemiology of mesothelioma and other asbestos-related diseases. |
| James D. Crapo, M.D. | Professor of Medicine and Pathology; Chief of Division of Critical Case and Pulmonary Medicine; Board Certified Internal Medicine and Pulmonary Medicine; National Jewish Medical and Research Center 1400 Jackson Street Denver, CA  80206 | Dr. Crapo is a licensed physician and pulmonary specialist who will testify regarding the epidemiology of asbestos exposure and the diseases caused by such exposure, and concerning issues of his specialty as applicable to the medical issues presented by this case. |
| Eldon W. Holck | Forest Grove, OR | Mr. Holck will testify as plaintiff. |
| Jacqueline M. Holck | Forest Grove, OR | Mrs. Holck will testify as plaintiff. |

CBS also identifies: (1) all individuals whose names appear in the documents produced in this action, or to be produced in the future, by any party in this litigation; and (2) all individuals identified in depositions of employees or former employees of any defendant, or any co-worker witnesses that may have worked with or around Plaintiff Eldon W. Holck during his lifetime and would potentially have knowledge concerning the subject matter of this action.  All such individuals are identified herein by this reference.  CBS also specifically reserves the right to call any witness who is identified from any of the documents produced in this litigation by any party, or third-party, and further reserves the right to call any witnesses identified by any other party.

///

1    In addition, CBS identifies the following categories of persons or entities who are likely
2 to have discoverable information that CBS may use to support its defenses:

- Plaintiff Eldon W. Holck's treating physicians, nurses, therapists and other medical providers;
- Plaintiff Eldon W. Holck's current and former employers;
- Individuals with knowledge of the events at issue;
- Individuals with knowledge of the damages allegedly suffered by Plaintiffs; and
- Individuals with knowledge of the pain and suffering allegedly suffered by Plaintiffs.

By listing the above persons and entities, CBS makes no representation as to the personal knowledge of the individuals, or that the list includes all individuals who may have discoverable information as contemplated by Rule 26(a)(1)(A).

**II.      Documents That May Be Used to Support Defenses.**

CBS hereby identifies and incorporates by reference the attached **Exhibit A** as documents in its possession, custody, or control that it may use to support its defenses. CBS reserves the right to supplement this list.

**III.     Computation of Damages Claimed By Defendants.**

CBS is not alleging damages at this time. This response, however, does not waive any right or interest CBS may have in asserting a claim for damages, attorneys' fees, or costs of suit which may be appropriately asserted once the merits of the cross-claims asserted against it are adjudicated.

**IV.     Insurance Agreement That May Satisfy Part or All of a Judgment.**

CBS objects to the disclosure of any information concerning any insurance agreements in this litigation. The disclosure of such information is not reasonably calculated to lead to the discovery of information admissible as evidence at trial.  In addition, the attorney-client privilege and work product doctrines may protect such information from disclosure. Subject to and without

DEFENDANT CBS CORPORATION'S FED. R. CIV. P. 26(a)(1)
INITIAL DISCLOSURE - 12
(3:13-cv-05528-BHS)

Sedgwick, LLP
520 Pike Street, Suite 2200
Seattle, WA  98101
(206) 462-7560

1  waiving these objections, CBS had numerous policies of insurance, both primary and excess or

2  umbrella policies, covering claims for alleged bodily injury.  Coverage under the various policies

3  may depend on Plaintiffs' alleged dates of direct exposure, exposure in residence, manifestation,

4  or other pertinent dates.  CBS is either insured and/or is self-insured and has assets sufficient to

5  respond to a judgment in this action.

6       DATED this 7th day of January, 2014.

7                                       s/Christopher S. Marks, WSBA #28634__
                                        Christopher S. Marks, WSBA #28634
8                                       Attorneys for Defendant CBS Corporation
                                        SEDGWICK LLP
9                                       520 Pike Tower, 520 Pike St, Ste. 2200
                                        Seattle, WA 98101
10                                      Telephone: (206) 462-7560
                                        Email:  Chris.Marks@sedgwicklaw.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DEFENDANT CBS CORPORATION'S FED. R. CIV. P. 26(a)(1)
INITIAL DISCLOSURE - 13
(3:13-cv-05528-BHS)

**Sedgwick, LLP**
520 Pike Street, Suite 2200
Seattle, WA  98101
(206) 462-7560

**CERTIFICATE OF SERVICE**

1. I hereby certify that on the 7th day of January, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Glenn S. Draper<br>BERGMAN DRAPER LADENBURG, PLLC<br>614 First Avenue, Fourth Floor<br>Seattle, WA 98104<br>Phone:  (206) 957-9510<br>FAX #: (206) 957-9549<br>*Attorneys for Plaintiffs* | William Galerston<br>Randall Iola<br>STANLEY IOLA, LLP<br>3100 Monticello Avenue, Suite 750<br>Dallas, TX  75205<br>Phone:  (214)  443-4305<br>*Attorneys for Plaintiffs* |
| Marissa Alkazov<br>Bree Kame'Enui-Ramirez<br>BETTS PATTERSON & MINES<br>701 Pike Street, Suite 1400<br>Seattle, WA  98101-3927<br>Phone:  (206) 268-8644<br>FAX #: (206) 343-7053<br>*Attorneys for Cla-Val Company* | James E. Horne<br>Michael Ricketts<br>GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM<br>600 University Street, Suite 2100<br>Seattle, WA 98101<br>Phone:  (206) 676-7500<br>FAX #: (206) 676-7575<br>*Attorneys for IMO Industries, Inc.* |
| Mark Tuvim<br>Kevin Craig<br>GORDON & REES, LLP<br>701 Fifth Avenue, Suite 2130<br>Seattle, WA  98104<br>Phone:  (206) 695-5100<br>FAX #:  (206) 689-2822<br>*Attorneys for Ingersoll-Rand Company; Velan Valve Corporation* | Richard Gawlowski<br>WILSON, SMITH, COCHRAN & DICKERSON<br>901 Fifth Avenue, Suite 1700<br>Seattle, WA 98164<br>Phone:  (206) 623-4100<br>FAX #: (206) 623-9273<br>*Attorneys for Metropolitan Life Insurance* |

DEFENDANT CBS CORPORATION'S FED. R. CIV. P. 26(a)(1) INITIAL DISCLOSURE - 14
(3:13-cv-05528-BHS)

Sedgwick, LLP
520 Pike Street, Suite 2200
Seattle, WA  98101
(206) 462-7560

| | | |
|---|---|---|
| 1 | Katherine Steele<br>WILLIAMS KASTNER & GIBBS | Timothy K. Thorson<br>CARNEY BADLEY SPELLMAN |
| 2 | 601 Union Street, Suite 4100<br>Seattle, WA 98101 | 701 Fifth Avenue, Suite 3600<br>Seattle, WA 98104 |
| 3 | Phone: (206) 623-9900<br>FAX #: (206) 624-6885 | Phone: (206) 622-8020<br>FAX #: (206) 607-4282 |
| 4 | ***Attorneys for Northern Pump*** | ***Attorneys for Saberhagen Holdings, Inc.*** |
| 5 | J. Michael Mattingly | Tami Becker Gomez |
|   | Jason Daywitt | WILLIAMS, KASTNER & GIBBS PLLC |
| 6 | Allen E. Eraut | 601 Union Street, Suite 4100 |
|   | RIZZO MATTINGLY BOSWORTH PC | Seattle, WA 98101 |
| 7 | 1300 SW Sixth Avenue, Suite 330 | Phone: (206) 628-6600 |
|   | Portland, OR 97201-3530 | FAX #: (206) 628-6611 |
| 8 | Phone: (503) 229-1819 | ***Attorneys for Salmon Bay Sand and Gravel*** |
|   | FAX #: (503) 229-0630 | ***Co.*** |
| 9 | ***Attorneys for Warren Pumps, LLC*** | |
| 10 | Jan C. Kirkwood | |
|    | Zackary A. Paal | |
| 11 | Amanda L. Spencer | |
|    | WILLIAMS, KASTNER & GIBBS | |
| 12 | 601 Union Street, Suite 4100 | |
|    | Seattle, WA 98101 | |
| 13 | Phone: (206) 628-6600 | |
|    | FAX #: (206) 628-6611 | |
| 14 | ***Attorneys for Carrier Corporation*** | |

Signed at Seattle, Washington this 7th day of January, 2014.

s/Maria S. Tiegen
SEDGWICK LLP
520 Pike Street, Suite 2200
Seattle, WA 98101
Telephone: (206) 462-7560
Email: Maria.Tiegen@sedgwicklaw.com

DEFENDANT CBS CORPORATION'S FED. R. CIV. P. 26(a)(1)
INITIAL DISCLOSURE - 15
(3:13-cv-05528-BHS)

**Sedgwick, LLP**
520 Pike Street, Suite 2200
Seattle, WA 98101
(206) 462-7560