| EX. | DATE | AUTHOR | RECIPIENT | TYPE OF DOC | REFERENCE |
|---|---|---|---|---|---|
| 939 | 1979/04/30 | Jackson, James O., Ph.D., CIH | | Report | Evaluation of Asbestos Exposures at the North Loop Turbine Number 1 Facility, From March 27 through April 11, 1979, Tucson Electric Power Company |
| 940 | 1979/06/27 | Whittier, Diane | Brady, G. T. | Memorandum | Air Sampling Data |
| 941 | 1979/06/04 | | | Memorandum | Air Sample, East Pittsburgh, LRA |
| 942 | 1980/03/19 | Whittier, Diane | | Memorandum | Air sample, PGSD San Francisco |
| 943 | 1975/06/30 | Adams, John F. | Brady, G. | Memorandum | Air Samples |
| 944 | 1942/01/21 | | | Regulation | Federal Register, Volume 7, Number 14, Part 1064, Asbestos, Conservation Order M-79 Curtailing the Use of Certain Types of Asbestos, p. 436 |
| 945 | 1948/02/19 | | | Specification | Process Specification Making and Attaching Glass-Filled Asbestos Cloth Covered Thermal Insulating Blankets |
| 946 | 1953/01/02 | | | Data Sheet | Safe Practice Data Sheet A-20, Asbestos |
| 947 | 1949 | | | Data Book | Westinghouse Micarta - The Industrial Plastic |
| 948 | 1936 | Hazlett, T. Lyle, M.D. | | Article | Medical-Engineering Control of Industrial Health Hazards, Journal of Industrial Medicine, p. 232-233 |
| 949 | 1941/11/01 | Hazlett, T. Lyle, M.D. | | Article | The Practice of Industrial Health, Southern Medical Journal, Vol. 34, No. 11, pp. 1127-1130 |
| 950 | 1963/01/01 | | | Data Book | Westinghouse Micarta Data Book |
| 951 | 1957/04/29 | Leland, W. W. | Dement, R. H. | Letter | Underwriters' Approval of Asbestos Micarta |
| 952 | 1973/04/04 | Lanz, Ralph L. | Goetee, Aubry | Report | Nicolet Report on Measurement of Airborne Asbestos Fibers by the Membrane Filter Method Decorative Micarta Division, Westinghouse Electric, Hampton, SC, Sampling done on March 22, 1973 |
| 953 | 1991/03/08 | Entek Laboratory | | Sample Transmittal Sheet | Asbestos Product Simulation Study |
| 954 | 1991/03/05 | Entek Laboratory | Stutts, James F. | Test Results | Bulk Sample Analysis Results: Asbestos, Material Source: S.S. United States |
| 955 | 1991/03/01 | | | Material Sheet | Materials taken by Michael F. Sawyer of Entek from the S.S. United States, Newport News, VA, for testing at Entek Laboratory |
| 956 | 1991/03/01 | Entek Laboratory | | Sample Transmittal Sheet | Analysis of samples from S.S. United States for asbestos content |
| 957 | | | | Diagrams | Micarta/Marinite Laminate |
| 958 | 1991/03 | | | Sample Log | Sample Log for Tracking of Samples to be Analyzed |
| 959 | 1942/01/13 | | | Regulation | Federal Register, Volume 7, Number 8, Part 1042, Imports of Strategic Materials, pp. 223-224 |

Exhibit A - 066

| EX. | DATE | AUTHOR | RECIPIENT | TYPE OF DOC | REFERENCE |
|---|---|---|---|---|---|
| 960 | 1941/12/30 | | | Regulation | Federal Register, Volume 6, Number 251, Part 1042, Imports of Strategic Materials, pp. 6796-6798 |
| 961 | 1941/12/19 | Ward, J. E. | | Bulletin | Production Management, Informational Bulletin No. 5, Compliance |
| 962 | 1941/11/14 | Drinker, Cecil K., M. D. | Behnke, Albert R. | Letter | Lecture |
| 963 | 1941/08/30 | | | Regulation | Federal Register, Volume 6, Number 170, Chapter IX, Office of Production Management, Subchapter B, Priorities Division, Part 944, Regulations Applicable to the Operation of the Priorities System, pp. 4469-4491 |
| 964 | 1976/01/29 | | | Drawing | Large Turbine-Generator Installation Erection Craft Man Hours Chart |
| 965 | 1988/02/09 | Bair, Jeffrey J. | Bickerstaff, C. W.. | Memorandum | Guidelines Regarding the Cleanup of Industrial Hygiene's Files |
| 966 | 1941/03/02 | | | Press Release | Navy to Expand Safety and Industrial Health Program |
| 967 | 1988/01/09 | Bickerstaff, C. W. | Fisch, J.W. | Memorandum | Document Retention |
| 968 | | | | Wallboard | Pictorial representation of manufacturing process for Decorative Micarta |
| 969 | | | | Wallboard | Threshold Limit Value |
| 970 | | | | Wallboard | Typical Construction Schedule |
| 971 | | | | Wallboard | Detail of a Turbine Blanket |
| 972 | 1943/03/05 | Bates, James L. | | Memorandum | U.S. Maritime Commission Design Memorandum No. 56, Series of 1943 |
| 973 | 1939/06/01 | | | Advertisement | Fireproof Materials for Better Ship Construction, Pacific Marine Review |
| 974 | 1941/03/01 | | | Advertisement | Johns-Manville Marine Materials, Insulation, Paneling, Interior Deck Covering, Noise Quieting for Every Marine Requirement, Marine Engineering, p. 89 |
| 975 | 1941/03/01 | Mathis | | Article | Tanker A.H. Dumont, Built for Spentonbush Fleet, Marine Engineering and Shipping Review, p. 126 |
| 976 | 1941/04/01 | | | Advertisement | Behind this Beauty - the safety and protection of J-M Marine Materials, Marine Engineering & Shipping Review, p. 103 |
| 977 | 1941/05/01 | | | Advertisement | On this De Luxe Freighter... J-M Marine Materials Provide Fire-Safety as well as Beauty, Marine Engineering, p. 93 |
| 978 | 1941/11/01 | | | Advertisement | Again in 1941, Selected for "Distinctive Ships" J-M Marinite Bulkheads, Marine Engineering, p. 155 |
| 979 | 1944/06/01 | | | Advertisement | Speed up Ship Building and Conversion, USG Marine Board, Marine Engineering and Ship Review |

Exhibit A - 067

| EX. | DATE | AUTHOR | RECIPIENT | TYPE OF DOC | REFERENCE |
|---|---|---|---|---|---|
| 980 | 1944/01/01 | | | Advertisement | Hauserman Steel Joiner Work, Marine Engineering |
| 981 | 1945/10/01 | | | Advertisement | 12 Advantages in 1 Joiner Material, Pacific Marine Review, Vol. 42, No. 10, p. 77 |
| 982 | 1941/02/28 | Drinker, Cecil K. | Gent, C. V. | Letter | Welders |
| 983 | | | | Catalog | Marinite for Industrial Use, For temperatures to 900 F |
| 984 | 1952/07/01 | | | Advertisement | J-M Asbestos Products Sail with the S.S. United States...to insure fire safety and low maintenance, Marine Engineering and Ship Review, p. 9 |
| 985 | 1952/09/01 | | | Advertisement | Johns-Manville Products Used Extensively on Liner, Marine Engineering and Ship Review, p. 5 |
| 986 | | | | Catalog | Insulations Structural Marinite Sheets, p. 5 from Johns-Manville Product Catalog (Marinite) |
| 987 | 1963/11/01 | | | Advertisement | Fire-safe Johns-Manville Marinite serves aboard U.S. Naval vessels, Marine Engineering, p. 19 |
| 988 | 1972/06/01 | | | Advertisement | Marinite-23 can put the Navy at ease. Firesafe bulkhead panels are easy to handle.  Less expensive to install, when standard commercial methods are used, Marinite Engineering Log, p. 73 |
| 989 | 1943/02/14 | | | Abstract | Industrial Hygiene Foundation abstract from the Illinois Labor Bulletin |
| 990 | 1990/12/12 | Baker, Douglas F. | Sawyer, Robert N., M.D. | Memorandum | Product Experiment - Sample Identified as Micarta |
| 991 | 1941/02/25 | Fisher, C. W. | Assistant Secretary of the Navy | Memorandum | Cooperation of Public Health Service |
| 992 | 1991/03/26 | Baker, Douglas F. | Chatfield, Dr. | Letter | Micarta Experiment |
| 993 | | | | Diagram | Assembly and Distribution of Micarta/Marinite Panels |
| 994 | | | | Diagram | Knowledge of Asbestos Effects |
| 995 | | | | Drawing | Turbine drawings |
| 996 | | | | Photo | Mock-up of a turbine |
| 997 | | | | Wallboard | Westinghouse Micarta is a Distinct Product |
| 998 | 1941/02/24 | Roberts, R. H. | Fisher, Captain | Memorandum | Conference with Representatives of the Division of Industrial Hygiene Concerning Problems of Occupational Illness in the Naval Industrial Establishments |
| 999 | 1941/02/21 | Stephenson, C. S. | Winslow, C. E. A. | Letter | Studies |
| 1000 | | Sawyer, Robert N., M.D. | | Bibliography | Bibliography of Asbestos References |

Exhibit A - 068

| EX. | DATE | AUTHOR | RECIPIENT | TYPE OF DOC | REFERENCE |
|---|---|---|---|---|---|
| 1001 | | | | Brochure and Receipt | Brochure for Master Mechanic plunge router and a receipt from True Value Hardware for a plunge router |
| 1002 | 1993/02/24 | Environmental & Technical Services INC. (ENTEK) | | Product Test | Westinghouse Product Test on plexiglass, formica, Micarta, Marinite, laminate, and cement asbestos board |
| 1003 | | | | Advertisement | Sears Contact Cement for bonding plastic laminates, hardboard, wood, particle board, leather, ceramics, steel, and aluminum. |
| 1004 | 1945/08/23 | Beck, H. G. | | Report | Industrial Health And Safety Final Report of Western Pipe and Steel Company, South San Francisco, California |
| 1005 | 1972 | Westinghouse | | Brochure | Fabricating Procedures for Decorative Micarta |
| 1006 | 1941/02/19 | Cushing, E. H. | McIntire, Rear Admiral Ross T. | Memorandum | Medical Officers for Navy Yards |
| 1007 | 1941/02/17 | Winslow, C. E. A. | Stephenson, C. S. | Letter | Question of Overcrowding |
| 1008 | 1941/02/15 | McIntire, Ross T. | Cushing | Memorandum | Industrial Medicine Committee |
| 1009 | 1993/06/15 | | | Chart | Ships with Micarta from Ingalls Construction Record |
| 1010 | 1988/03/21 | | | Handwritten Notes | Westinghouse Industrial Hygiene Documents Meeting |
| 1011 | 1941/02/13 | Stephenson, C. S. | Winslow, C. E. A. | Letter | The safety of larger number of persons in conditions encountered on board ship |
| 1012 | 1968/03/06 | | | Settlement Agreement | Between Plaintiffs and Owens-Corning Fiberglas Corporation, 19th Mississippi Judicial District |
| 1013 | 1969/09/12 | Bryan, G. M. | Schultz, Floyd | Memorandum | Survey of Insulation Materials and Other Materials Containing Asbestos |
| 1014 | 1941/01/27 | | | Schedule | Harvard School of Public Health, Tentative Schedule of 3 Month's Course for Medical Officers Who Will Specialize in Industrial Hygiene for the Army and the Navy, January 27 - April 26, 1941 |
| 1015 | 1940/12/12 | Yaglou, C. P. | Visiting Committee of the Board of Overseers | Lecture | The Harvard School of Public Health and Its Participation in Industrial Hygiene |
| 1016 | 1964/03/13 | Westinghouse | | Specification | Engineering Specification, Decorative Micarta |
| 1017 | 1969/08/20 | Reitze, William B. | Bryon, J. M. | Letter | Magnitude of Problems with Health Hazards in Insulation Industry |
| 1018 | 1969/04/02 | Ruddy, Edward P. | | Minutes | Safety Committee Meeting, Shipbuilders Council of America |
| 1019 | 1991/03/13 | | | Videotape | Westinghouse Decorative Micarta Video |
| 1020 | | | | Videotape | Ship Construction Animation Video |

Exhibit A - 069

| EX. | DATE | AUTHOR | RECIPIENT | TYPE OF DOC | REFERENCE |
|---|---|---|---|---|---|
| 1021 | | Standard & Poor's Corporation; Dun & Bradstreet | | Bio | Business Bio of Hopeman Brothers, Inc. |
| 1022 | 1966/02/11 | | | Purchase Orders/Invoices | Hopeman Brothers/Capitol Electric Tool Co. for Electric Saw and Cadillac Blower |
| 1023 | | Mine Safety Appliances | | Data Sheet | Dustfoe 77 Respirator |
| 1024 | | Coggins, P. F. | Wingerter, D. B. | Telegraph | Health Hazard Caution Warning Labels to Marine Marinite Sheets |
| 1025 | 1952 | | | Data Sheets | Marinite-36 for Industrial Use and J-M Marine Joiner Materials and Structural Insulations |
| 1026 | 1941/06/12 | Schmeltzer, J. E. | Gibbs, William Francis | Letter | Emergency Cargo Vessels EC2-S-C1: 11331 - Joiner Work, Furniture and Carpenter Work, Hopeman Brothers, Commitment for 62 vessels |
| 1027 | 1941/06/13 | Gibbs, William Francis | Hopeman Brothers | Letter | 11331 U.S.M.C. Design EC2-S-C1 - Cargo Vessels, Joiner Work, Furniture and Carpenter Work |
| 1028 | 1965/11/11 | Hopeman, B. C. | Peter, A. L. | Memorandum | Problems with the dust created by sawing the Marinite panels |
| 1029 | 1940/11/30 | Drinker, Philip | Conant, James B. | Letter | National Defense Committee |
| 1030 | 1940/09/16 | Senate and House of Representatives | | Act | Congressional Act, Common Defense Training |
| 1031 | 1940/07/05 | | | Press Release | Death of Commander Robert F. Jones, (MC) U.S.N., Retired |
| 1032 | 1966/04/01 | Hopeman Brothers | Capitol Electric Tool Co. | Purchase Order | Saw, Cadillac Blowers, Dust Bag, Swivel Hose Connection Fittings |
| 1033 | 1966/03/02 | | | Purchase Order/Invoice | Hopeman Brothers/Capitol Electric Tool Co. for Electric Saw |
| 1034 | 1940/01/27 | Fisher, C.W. | Commandant | Memorandum | Electric Arc and Gas Welders of Navy Yard; Health study recommended |
| 1035 | 1940/01 | Maher, P. P.; Staderman, A. H. | | Article | Bronchogenic Carcinoma, A Review of Thirty Verified Cases, United States Naval Medical Bulletin, Vol. XXXVIII, No. 1, pp. 541-553 |
| 1036 | 1970/12/22 | Wingerter, D. B. | Weber, C. P. | Letter | Marinite Caution Labels, Industrial Products |
| 1037 | 1972/11/13 | Richard, Max L. | Wood, Kenneth | Letter and Report | Final Report - Results of Detailed Study of Asbestos Fiber Concentrations in the Work Environment of Hopeman Bros., Inc., November 10, 1972 |
| 1038 | 1940 | Lynch, Kenneth M. | | Paper | Pulmonary Asbestosis, The Asbestos Body and Similar Objects in the Lung, American Medical Association |
| 1039 | 1939/06/29 | Edison, Charles | Director of Shore Establishments and Chief of the Bureau of Medicine and Surgery | Memorandum | Punch card equipment for statistical analysis - Budgetary Planning for |

Exhibit A - 070

| EX. | DATE | AUTHOR | RECIPIENT | TYPE OF DOC | REFERENCE |
|---|---|---|---|---|---|
| 1040 | 1978/05/11 | Collins, E. J. | Klein, Charles K. | Memorandum | OSHA Industrial Hygiene Test for Asbestos - Hull 610, El Paso Boyd and Hull 609, El Paso Arzew - May 9, 1978 |
| 1041 | 1939/06/07 | Senate and House of Representatives | | Act | Congressional Act to Provide for the Common Defense |
| 1042 | | Johnson, N. C. | | Memorandum | New Standards for Exposure to Asbestos Dust |
| 1043 | 1939 | The Bureau of Medicine and Surgery | | Handbook | Handbook of the Hospital Corps United States Navy 1939 |
| 1044 | 1977/04/18 | | | Interrogatories | Armstrong Cork Company's Answers to First Set of Interrogatories, Martis Turley vs. Combustion Engineering, USDC, Northern District of Georgia, Gainesville Division |
| 1045 | 1984/09/11 | | | Interrogatories | Eagle Picher Industries, Inc.'s Answers to Plaintiffs Interrogatories, In Re: Asbestosis Cases, USDC, Southern District of Georgia, Augusta Division |
| 1046 | 1980/06/04 | | | Interrogatories | GAF's Responses to Plaintiffs' Interrogatories, Horace Waters vs. Combustion Engineering, et al.,  USDC, Northern District of Georgia, Atlanta Division |
| 1047 | 1988/06/30 | | | Interrogatories | Harbison Walker's Answers to Plaintiffs' First Set of Interrogatories, In Re: Asbestos Litigation Cases filed by Baron & Budd, Third Judicial Circuit, Madison County, Illinois |
| 1048 | 1986/12/05 | | | Interrogatories | Celotex Corporation's Answers to Plaintiffs' First Set of Interrogatories, University of South Carolina v. W.R. Grace, et al., Court of Common Pleas, Richland County, South Carolina |
| 1049 | 1980/06/02 | | | Interrogatories | Raybestos Manhattan's Objections and Answers to Plaintiffs' Interrogatories, Horace Waters vs. Combustion Engineering, et al., USDC, Northern District of Georgia, Atlanta Division |
| 1050 | 1980/04/21 | | | Interrogatories | Johns-Manville's Responses to Plaintiffs' Interrogatories, Horace Waters vs. Combustion Engineering, et al.,  USDC, Northern District of Georgia, Atlanta Division |
| 1051 | 1988/12/02 | | | Interrogatories | Owens-Corning Fiberglas Corporation's Response to Plaintiffs' Interrogatories, In Re:  Lakin & Herndon Asbestos Litigation, Third Judicial Circuit, Madison County, Illinois |
| 1052 | 1972/02/29 | Hoopes, H. P. | Speicher, H. W. | Letter | Pabco Super Caltemp Type NA |
| 1053 | 1972/12/12 | Miller, Richard A. | Speicher, H. W. | Letter | Durez 792 with attached information sheet |
| 1054 | 1941 | Surgeon General | Secretary of the Navy | Report | Annual Report, Statistics of Diseases and Injuries in the United Navy, 1941 |
| 1055 | 1981/05/28 | | | | Air Sample Record Field Data |

Exhibit A - 071

| EX. | DATE | AUTHOR | RECIPIENT | TYPE OF DOC | REFERENCE |
|-----|------|--------|-----------|-------------|-----------|
| 1056 | 1972/05/10 | | | Instruction Sheet | War Production Safety Program, Asbestos Dust Exposure |
| 1057 | 1982/10/26 | Ruffing, C. R. | Myers, J. G. | Memorandum | Completely phase out all asbestos as soon as possible |
| 1058 | 1982/10/05 | Petrich, L. P. | Dvorsky, A. B. | Memorandum | EPA Asbestos Reporting Requirements |
| 1059 | 1982/10/04 | Cavicchio, J. A. | Dvorsky, A. B. | Memorandum | EPA Asbestos Reporting Requirements |
| 1060 | 1982/09/27 | Farr, Mark D. | Dvorsky, A. B. | Memorandum | EPA Asbestos Reporting Requirements |
| 1061 | 1982/10/11 | Farr, Mark D. | Dvorsky, A. B. | Memorandum | EPA Asbestos Reporting Requirements |
| 1062 | 1973/05/01 | Rees, Zella R. | Welshons, J. R. | Memorandum | Caution Clause |
| 1063 | 1931/06/25 | Riggs, C. E. | Secretary of the Navy | Letter | Suggested changes in General Safety Rules, Section 4, 1931, under the title "Zinc" |
| 1064 | 1939 | Surgeon General | Secretary of Navy | Report | Annual Report, Statistics of Diseases and Injuries in the United Navy, 1939 |
| 1065 | 1964/11/23 | Gonshor, Leon T. | Merris, Carl E. | Letter | Field Activity Report |
| 1066 | 1962/11/08 | Gonshor, Leon T. | Merris, Carl E. | Letter | Sample and Laboratory Report |
| 1067 | 1961 | | | Articles | Various articles regarding Westinghouse safety programs and practice, Westinghouse News |
| 1068 | 1950/10/31 | | | Articles | Various articles regarding Westinghouse safety programs and practice, Westinghouse News |
| 1069 | 1938 | Stephenson, C. S. | | Bulletin | The Division of Preventive Medicine, Industrial Injuries in the United States during 1938, Navy Medical Bulletin, 38, pp. 425-430 |
| 1070 | 1957 | | | Articles | Various articles regarding Westinghouse safety programs and practice, Westinghouse News |
| 1071 | 1937/10/25 | Edison, Charles | Secretary of the Navy | Memorandum | Program and Policy for Safety Engineering and Accident Prevention |
| 1072 | 1938/04/11 | | | Board | Safety Board |
| 1073 | 1945/07/11 | | | Photo | Photo relating to manufacture and/or safety issues regarding turbine |
| 1074 | 1946/10/10 | | | Photo | Photo relating to manufacture and/or safety issues regarding turbine |
| 1075 | 1947/10/13 | | | Photo | Photo relating to manufacture and/or safety issues regarding turbine |
| 1076 | 1948/09/16 | | | Photos | Photos relating to manufacture and/or safety issues regarding turbine |
| 1077 | 1950/01/26 | | | Boards | Safety Boards |
| 1078 | 1937/09/01 | | | Specification | Cloth and Strands, Asbestos, 32C11 (INT) |
| 1079 | 1936/02/18 | Finch, John W. | Heiner, H. G. | Letter | Hazards from Asbestos Covered Welding |

Exhibit A - 072

| EX. | DATE | AUTHOR | RECIPIENT | TYPE OF DOC | REFERENCE |
|---|---|---|---|---|---|
| 1080 | 1954/08/06 | | | Photo | Photo relating to manufacture and/or safety issues regarding turbine |
| 1081 | 1955/01 | | | Photos | Photos relating to manufacture and/or safety issues regarding turbine |
| 1082 | 1960/11/02 | | | Photos | Photos relating to manufacture and/or safety issues regarding turbine |
| 1083 | 1936/02/11 | Lackey, H. E. | Chief of the Bureau of Medicine and Surgery | Memorandum | Sandblasters, etc., Occupational Diseases - Silicosis |
| 1084 | 1964/03/20 | | | Photo | Photo relating to manufacture and/or safety issues regarding turbine |
| 1085 | 1919/01/10 | | | Photo | Photo relating to manufacture and/or safety issues regarding turbine |
| 1086 | 1940/12/03 | | | Photo | Photo relating to manufacture and/or safety issues regarding turbine |
| 1087 | 1931/02/01 | | | Photo | Photo relating to manufacture and/or safety issues regarding turbine |
| 1088 | 1931/02/06 | | | Photo | Photo relating to manufacture and/or safety issues regarding turbine |
| 1089 | 1937/08/19 | | | Photo | Photo relating to manufacture and/or safety issues regarding turbine |
| 1090 | 1940/02/23 | | | Photos | Photos relating to manufacture and/or safety issues regarding turbine |
| 1091 | 1940/06/11 | | | Photos | Photos relating to manufacture and/or safety issues regarding turbine |
| 1092 | 1942/03/18 | | | Photos | Photos relating to manufacture and/or safety issues regarding turbine |
| 1093 | 1942/08/22 | | | Photo | Photo relating to manufacture and/or safety issues regarding turbine |
| 1094 | 1945/11/05 | | | Map | Map showing layout of Westinghouse facility in Lester, Pennsylvania |
| 1095 | 1946/01/07 | | | Photos | Photos relating to manufacture and/or safety issues regarding turbine |
| 1096 | 1935/11/15 | Behnke | Drinker, C. K. | Letter | Experiment |
| 1097 | 1946/10/22 | | | Certificate | Safety certificate |
| 1098 | 1946/11/01 | | | Photo | Photo relating to manufacture and/or safety issues regarding turbine |
| 1099 | 1947/08/27 | | | Chart | Time Study Training Manuals, Data on Safety Practices |
| 1100 | 1947/10/13 | | | Certificate | Safety Certificate |
| 1101 | 1947/12/23 | | | Photo | Photo relating to manufacture and/or safety issues regarding turbine |
| 1102 | 1942/05/29 | | | Chart | Chemical Warfare Agents, Reference and Training Chart |
| 1103 | 1949/10/12 | | | Photo | Photo relating to manufacture and/or safety issues regarding turbine |

Exhibit A - 073

| EX. | DATE | AUTHOR | RECIPIENT | TYPE OF DOC | REFERENCE |
|-----|------|--------|-----------|-------------|-----------|
| 1104 | 1950/03/29 | | | Photos | Photos relating to manufacture and/or safety issues regarding turbine |
| 1105 | 1950/08/28 | | | Certificate | Safety Certificate |
| 1106 | 1952/12/08 | | | Photos | Photos relating to manufacture and/or safety issues regarding turbine |
| 1107 | 1935/07 | Lynch, Kenneth M.; Smith, W. Atmar | | Abstract | Dust Hazards and Their Effects, Pulmonary Asbestosis III: Carcinoma of Lung in Asbesto-Silicosis, Journal Industrial Hygiene, Vol. 17, No. 4, pp. 80-81 |
| 1108 | 1953/06/02 | | | Photo | Photo relating to manufacture and/or safety issues regarding turbine |
| 1109 | 1952/09/07 | | | Poster | Good Housekeeping Poster |
| 1110 | 1954/03/06 | | | Photo | Photo relating to manufacture and/or safety issues regarding turbine |
| 1111 | 1954/04/01 | | | Photo | Photo relating to manufacture and/or safety issues regarding turbine |
| 1112 | 1954/07/29 | | | Board | Safety Board |
| 1113 | 1955/03/21 | | | Photo | Photo relating to manufacture and/or safety issues regarding turbine |
| 1114 | 1956/10/01 | | | Certificates | Safety Certificates |
| 1115 | 1972/06/07 | | | Regulation | Federal Register, Vol. 37, No. 110, pp. 11318-11322 |
| 1116 | | | | Specification | Process Specification 600830, Insulation of Steam Turbines and Associated Equipment |
| 1117 | 1935/05 | Lynch, Kenneth M.; Smith, W. Atmar | | Article | Pulmonary Asbestosis III: Carcinoma of Lung in Asbesto-Silicosis, Am. Journal Cancer, Vol. 24, pp. 56-64 |
| 1118 | 1935/04/30 | Poppen, John R. | Drinker, C. K. ("Chief") | Letter | Discusses engine driven vacuum pump and time spent at Harvard |
| 1119 | 1942/12/29 | Tucker, W. A. | | Report | Report M-1109, An Apparatus for Testing Turbine Blankets at Elevated Temperatures |
| 1120 | 1943/02/01 | Tucker, W. A. | | Report | Report M-1114, The Turbine Insulation Situation and a Proposed Laboratory Testing Program for a Further Study of the Problem 6-51006-10 |
| 1121 | 1943/05/01 | Tucker, W. A. | | Report | Report M-1114-C, The Heat Insulating Characteristics of Turbine Blankets Filled With Glass Wool and Covered With Asbestos Cloth |
| 1122 | 1943/05/15 | Tucker, W. A. | | Report | Report M-1114-D, The Heat Insulating Characteristics of Bacite Insulation |
| 1123 | 1943/05/20 | Tucker, W. A. | | Report | Report M-1114-E, The Heat Insulating Characteristics of Some Turbine Insulating Materials |
| 1124 | 1943/05/27 | Tucker, W. A. | | Report | Report M-1114-F, The Heat Insulated Characteristics of Asbestos Cloth Covered Mineral Wool Filled Turbine Blankets |

Exhibit A - 074

| EX. | DATE | AUTHOR | RECIPIENT | TYPE OF DOC | REFERENCE |
|-----|------|--------|-----------|-------------|-----------|
| 1125 | 1943/06/01 | Tucker, W. A. | | Report | Report M-1114-G, The Relative Costs of Some Turbine Insulating Materials |
| 1126 | 1943/07/15 | Tucker, W. A. | | Report | Report M-1114-H, The Heat Insulating Characteristics of Eagle-Picher Super 66 Plastic Insulation |
| 1127 | 1943/10/04 | Tucker, W. A. | | Report | Report M-1114-I, The Heat Insulating Characteristics of Eagle-Picher Super 66 and Baldwin-Hill No. 1 Plastic Insulations, 6-51006-10 |
| 1128 | 1946/05/01 | Tucker, W. A. | | Report | Report M-1114-J, The Insulating Characteristics of Turbine Blankets Filled With Kaolin Wool |
| 1129 | 1946/06/11 | Tucker, W. A. | Mochel, N. L. | Memorandum | Kaolin Wool Blankets In Erecting Shop |
| 1130 | 1946/08/06 | Molette, A. H. | Tucker, W. A. | Memorandum | Kaolin Wool Insulating Blankets |
| 1131 | 1954/12/01 | Tucker, W. A. | | Report | Metallurgical Engineering Manual High Temperature Testing Laboratory Thermal Insulation Test |
| 1132 | 1935/03 | | | Abstracts | Abstracts, Journal of Industrial Hygiene, Vol. 17, pp. 33-34 |
| 1133 | | | | Brochure | Keasby & Mattison Company Product Brochures |
| 1134 | | | | Brochure | Johns-Manville Product Brochures |
| 1135 | 1946/02/04 | Brown, A. Winsor | Tucker, W.A. | Letter | Owens-Corning Product Brochures |
| 1136 | | | | Brochure | Eagle Picher Product Brochures |
| 1137 | 1993/06/08 | | | Testimony | Testimony of Dr. Herbert Abrams Re: Abrams regarding work done by Industrial Hygiene Foundation |
| 1138 | 1993/04/27 | | | Testimony | Testimony of Dr. Thomas Mancuso Re: Abrams regarding work done by Industrial Hygiene Foundation |
| 1139 | 1993/05/03 | | | Testimony | Testimony of Dr. Thomas Mancuso Re: Abrams regarding work done by Industrial Hygiene Foundation |
| 1140 | 1947/11/20 | Industrial Hygiene Foundation | | Bulletin | A Better Place to Work, Transactions Bulletin No. 9, Twelfth Annual Meeting of Industrial Hygiene Foundation of America, Inc. |
| 1141 | 1990/04/25 | Egilman, David S. | | Report | Asbestos State of the Art Report |
| 1142 | 1947 | Industrial Hygiene Foundation | | List | 1947 List of Industrial Hygiene Foundation Affiliates |
| 1143 | 1973/03/27 | Ristuccia, J. A. | | Memorandum | Turbine Insulation Suppliers |
| 1144 | 1935/01/10 | Brown, E. W. | Drinker, C. K. | Letter | Laboratory of three volunteer enlisted men as experimental subjects |
| 1145 | | | | Specification | Specification for Asbestos Cloth-Fibre Glass Filled Blanket Insulation of the Single Blanket Type, Drawing 10-H-231 |

Exhibit A - 075

| EX. | DATE | AUTHOR | RECIPIENT | TYPE OF DOC | REFERENCE |
|---|---|---|---|---|---|
| 1146 | 1954/03/01 | Tucker, W. A. | | Specification | Process Specification 60-03-60, Attaching Thermal Insulation Sheeting to the Inside of Turbine Sheet Steel Cover Jackets |
| 1147 | 1934/12/05 | | | Material Card | Material Card 7310, Pipe Covering, High Temperature |
| 1148 | 1934/12/05 | | | Material Card | Material Card 7309, Heat Insulating Block, High Temperature |
| 1149 | 1960/06/01 | Mueller, A. P. | Spelcher, H. W. | Letter | Phillip Carey Manufacturing Company, Carey MW50 Insulation Cement with attached information sheets |
| 1150 | | Johns-Manville | | Handbook | Engineers' Handbook on Building Products and Industrial Products |
| 1151 | 1940 | Johns-Manville | | Brochure | Asbestos the Magic Mineral |
| 1152 | 1935 | Shinn, H. L. | | Article | Industrial Medicine, U.S. Naval Med. Bull., Vol. 33, No. 1, pp. 84-96, Vol. 33, No. 2, pp. 250-260 |
| 1153 | 1958/07/01 | Texas State Department of Health | | Regulation | Occupational Health Regulations, No. 3, Maximum Permissible Concentrations of Atmospheric Contaminants in Places of Employment |
| 1154 | 1935 | Page, Robert C. | | Article | A Study of the Sputum in Pulmonary Asbestosis, The American Journal of Medical Science, Vol. 189, pp. 44-55 |
| 1155 | 1982 | Surgeon General | | Report | The Health Consequences of Smoking |
| 1156 | 1986 | American Thoracic Society | | Article | The Diagnosis of Nonmalignant Diseases Related to Asbestos, Am Rev Respir Dis, Vol. 34, pp. 363-368 |
| 1157 | 1993/01/18 | | | Deposition | Deposition of Dr. Victor Roggli, Steven Douglas vs. Fibreboard Corporation, et al., District Court of Travis County, Texas, 331st Judicial District |
| 1158 | 1934/12/29 | Rossiter, P. S. | The Commandants, All Naval Districts; The Commandant, Navy Yard, Washington, D.C. | Memorandum | Estimates of Medical Supplies for Navy Yard Dispensaries |
| 1159 | 1934/12/22 | Wood, Burton W.; Gloyne S. Roodhouse | | Article | Pulmonary Asbestosis, A Review of One Hundred Cases, The Lancet, pp. 1383-1385 |
| 1160 | 1934/06/07 | Brown, E. W. | Drinker, Cecil K. | Letter | Report to the Surgeon General regarding recent visit to laboratory |
| 1161 | 1934/02/24 | | | Bill | For necessary services and material to make experimental investigations into possible methods of reducing the symptoms produced by rapid change in the speed and direction of airplanes |

Exhibit A - 076

| EX. | DATE | AUTHOR | RECIPIENT | TYPE OF DOC | REFERENCE |
|-----|------|--------|-----------|-------------|-----------|
| 1162 | | | | Interrogatories | Responses of Manville Corporation Asbestos Disease Compensation Fund to Plaintiffs' Interrogatories and Requests for Production, USDC, Middle District of Tennessee, Nashville Division, Robert Parsley, et ux vs. Celotex Corp., et al.  No. 3-89-0232 |
| 1163 | 1946/07/20 | | | Material Card | Material Card 7795, Asbestos Yarn |
| 1164 | 1948/02/20 | | | Material Card | Material Card 7794, Cloth, Asbestos |
| 1165 | 1946/07/20 | | | Material Card | Material Card 7793, Glass Wool |
| 1166 | 1934/12/05 | | | Material Card | Material Card 7308, Heat Insulating Block, 85% Magnesia |
| 1167 | 1934/02/15 | Drinker, Cecil K. | Rossiter, P. S. | Letter | Dr. Poppen's final draft of second report |
| 1168 | 1933/11 | Merewether, E. R. A. | | Article | A Memorandum on Asbestosis, Tubercle, November 1933, pp. 69-82, December 1933, pp. 109-119, January 1934, pp. 152-159 |
| 1169 | 1943/06/14 | Ege, John F., Jr. | | Survey | Industrial Health Survey, Ingalls Shipbuilding Corporation, Pascagoula, Mississippi, March 24, 1943 and April 21, 1943 |
| 1170 | 1933/10/17 | Drinker, Cecil K. | Weyerbacher, R. D. | Letter | Dr. Poppen's work on the belt for use during dive bombing |
| 1171 | 1964 | National Electrical Manufacturers Association | | Standards | NEMA Standards Publication, Industrial Laminated Thermosetting Products, Pub. No. LI 1-1965 |
| 1172 | 1980/09/04 | National Electrical Manufacturers Association | | Standards | NEMA Standards Publication, Industrial Laminated Thermosetting Products, Pub. No. LI-1-1971 (R 1976), Includes revisions through September, 1980 |
| 1173 | 1976/06 | National Electrical Manufacturers Association | | Standards | NEMA Standards Publication, Industrial Laminated Thermosetting Products, Pub. No. LI-1-1971, Includes revisions through June, 1976 |
| 1174 | | National Electrical Manufacturers Association | | Standards | NEMA Standards Publication, Industrial Laminated Thermosetting Products, Pub. No. LI-1-1983 |
| 1175 | 1964/05/01 | Polychem Budd Division CDF | | Bulletin | Technical Bulletin, Grade Equivalents of Laminated Plastic Sheets |
| 1176 | 1980 | Lair, W. M. | | Article | Industrial Laminates, Modern Plastics Encyclopedia |
| 1177 | | Westinghouse | | Brochure | Micarta brochure |
| 1178 | | Nicolet | | Brochure | Ebonized Electrical Board brochure |
| 1179 | 1959/02/01 | Durham Plastics, Inc. | | Brochure | Designer's fact book |
| 1180 | 1970 | Formica | | Brochure | Industrial Laminates |

Exhibit A - 077

| EX. | DATE | AUTHOR | RECIPIENT | TYPE OF DOC | REFERENCE |
|---|---|---|---|---|---|
| 1181 | 1969 | General Electric Company | | Brochure | Industrial Laminates for Electronic, Communication and Electro-Mechanical Applications |
| 1182 | 1971 | General Electric Company | | Brochure | Industrial Laminates for Electronic, Communication and Electro-Mechanical Applications |
| 1183 | 1979 | NVF Company | | Brochure | Materials and Fabricated Plastics Specifications |
| 1184 | | Northern Plastics Corporation | | Price List | Price List, Standard Sheet and Strip, Norplex Industrial Laminates |
| 1185 | | Northern Plastics Corporation | | Data Book | Norplex Industrial Laminates engineering data book |
| 1186 | 1972 | Northern Plastics Corporation | | Brochure | Norplex unclad laminates |
| 1187 | 1959 | The Richardson Company | | Brochure | Insurok, Laminated Plastics |
| 1188 | | The Richardson Company | | Brochure | Insurok, High Pressure Laminated Plastics |
| 1189 | | Spaulding Fibre Company, Inc. | | Handbook | Design Data, The Spaulding Engineering Handbook |
| 1190 | | Synthane Corporation | | Brochure | Laminated Plastic Rods and Tubes |
| 1191 | 1958 | Synthane Corporation | | Brochure | Technical Plastics |
| 1192 | | Synthane Taylor | | Brochure | Laminated Plastic Tubes and Rods |
| 1193 | | Taylor Fibre Company | | Brochure | Laminated Plastics Vulcanized Fibre |
| 1194 | | Thiokol Chemical Corporation | | Brochure | Laminated and Molded Plastics |
| 1195 | 1956 | National Vulcanized Fibre Company | | Data Book | Design data book of National basic materials |
| 1196 | 1965 | Synthane Corporation | | Brochure | Technical Plastics |
| 1197 | 1933/05/16 | Drinker, Cecil K. | Lowell, A. Lawrence | Letter | Continuation of the aviation work |
| 1198 | 1933/04/17 | Drinker, Cecil K. | Rossiter, P. S. | Letter | Poppen's report on physiological problems in connection with flying |
| 1199 | 1933 | Young, Clifton A.; Gelatte, A. C. | | Bulletin | Dope Poisoning as a Potential Hazard in Spray Coating Airplane Wings, The Division of Preventive Medicine, U.S. Naval Med. Bull, Vol. 31, pp. 63-86 |
| 1200 | 1932/12/14 | Bowen, H. G. | Various Commandants and Commanders | Memorandum | Boiler Casings, Uptakes and Breeching; Renewal of Insulation of |
| 1201 | 1932/08/04 | Poppen, John R. | Drinker, Cecil K. | Letter | Requisitions, proposals and contracts are now being prepared in regard to contract with Harvard School of Public Health |
| 1202 | 1931/12/31 | | | Regulation | The Asbestos Industry Regulations, S.R. & O, 1931, No. 1140, pp. 461-466 |

Exhibit A - 078

| EX. | DATE | AUTHOR | RECIPIENT | TYPE OF DOC | REFERENCE |
|-----|------|--------|-----------|-------------|-----------|
| 1203 | 1993/12/14 | | | Trial Testimony | Testimony of Dr. David Egilman, District Court, Dallas County, Texas, 298th Judicial District, Dodds vs. Keene Corp., et al. No. 92-14129, plus all exhibits |
| 1204 | 1965/06/28 | Kneuber, John W. | Gonshor, Leon T. | Letter | Air recirulation system |
| 1205 | 1931/07/13 | Wardner, H. S. | Brown, E. W. | Letter | Various articles regarding Zinc |
| 1206 | 1979/05/29 | Giles, J. W., Jr. | Chief, Bureau of Medicine and Surgery | Memorandum | Use of Asbestos-Containing Materials |
| 1207 | 1930/12 | Soper, Willard B. | | Article | Pulmonary Asbestosis, A Report of a Case and a Review, The American Review of Tuberculosis, Journal of the National Tuberculosis Association, Vol. XXII, pp. 571-584 |
| 1208 | 1930/11/08 | Fishbein, Morris | | Editorial | Pulmonary Asbestosis, Journal of the American Medical Association, July-December 1930, Vol. 95, No. 19, p. 1431 |
| 1209 | 1957/11/02 | Westinghouse | | Data Sheet | Industrial Micarta - tubing, Technical Data 63-460 |
| 1210 | 1964/06 | Westinghouse | | Brochure | Industrial Micarta |
| 1211 | 1967/05 | Westinghouse | | Data Sheet | Micarta Industrial Plate |
| 1212 | 1970 | Westinghouse | | Brochure | Micarta Industrial Products |
| 1213 | 1930/01/14 | Leigh, R. H. | Commanding Officers of all Ships | Memorandum | Accident Prevention Aboard Ship |
| 1214 | 1979 | Westinghouse | | Brochure | Micarta Convolute Tubing, Filament-wound Tubing |
| 1215 | 1979 | Westinghouse | | Brochure | Micarta Industrial Plastics |
| 1216 | 1979 | Westinghouse | | Brochure | Micarta Industrial Plate, Rods, Angles, Channels, Zees |
| 1217 | 1991/12 | Westinghouse | | Brochure | Micarta |
| 1218 | | Westinghouse | | Brochure | Micarta Industrial Plate, Polyester Laminates, Angles, Channels, Zees |
| 1219 | | Westinghouse | | Brochure | Micarta Convolute Tubing, Filament Wound Tubing |
| 1220 | 1930/08/30 | Lynch, Kenneth M.; Smith, W. Atmar | | Article | Asbestosis Bodies in Septum and Lung, JAMA, Vol. 95, No. 9, pp. 659-661 |
| 1221 | 1930/05 | Merewether, E. R. A. | | Article | The Occurrence of Pulmonary Fibrosis and other Pulmonary Affections in Asbestos Workers, Journal of Industrial Hygiene, May, 1930, Vol. 12, No. 5, pp. 198-222 |
| 1222 | 1962/09/18 | Pennsylvania Department of Health | | Report | Report of Survey |
| 1223 | 1963/02/14 | Pennsylvania Department of Health | | Report | Sample and Laboratory Report |

Exhibit A - 079

| EX. | DATE | AUTHOR | RECIPIENT | TYPE OF DOC | REFERENCE |
|---|---|---|---|---|---|
| 1224 | 1930/06/28 | | | Letter | Compensation Act to Be Extended to Asbestosis, The Journal of the American Medical Association, Vol. 94, p. 2078, Foreign Letters (London) |
| 1225 | 1964/12/30 | Pennsylvania Department of Health | | Report | Report of Survey regarding Fluoride, Iron Oxide and Silica |
| 1226 | 1964/12/30 | Pennsylvania Department of Health | | Report | Report of Survey regarding Silica |
| 1227 | 1965/09/02 | Gonshor, Leon T. | Merris, Carl E. | Letter | Survey |
| 1228 | 1968/10/23 | Gonshor, Leon T. | Whittington, M. | Letter | Survey |
| 1229 | 1971/04/07 | Gonshor, Leon T. | Whittington, M. | Letter | Survey |
| 1230 | 1966/10/04 | Lieben, Jan, M.D. | Spelcher, H. W. | Letter | Survey |
| 1231 | 1959/02/24 | Burr, H. B. | Lieben, Jan, M.D. | Letter | Health Education Program |
| 1232 | 1954/06/11 | Spelcher, H. Wilbur | McKeldin, W. E. | Letter | Air Samples |
| 1233 | 1930/06 | Merewether, E. R. A. | | Article | The Occurrence of Pulmonary Fibrosis and Other Pulmonary Affections in Asbestos Workers (Concluded), Journal of Industrial Hygiene, June, 1930, Vol. 12, No. 6, pp. 239-257 |
| 1234 | 1930/03/01 | Wood, W. Burton; Gloyne, S. Roodhouse | | Article | Pulmonary Asbestosis, Lancet, pp. 445-448 |
| 1235 | 1930 | Ridout, G. B. | | Bulletin | Gunfire Deafness in the Navy, U.S. Naval Medical Bulletin, Vol. 28, pp. 736-739 |
| 1236 | 1930 | Haslam, J. F. C. | | Excerpt | Recent Advances in Preventive Medicine, Hygiene in Industry, Pulmonary Asbestosis, pp. 258-265 |
| 1237 | 1930 | | | Encyclopedia | Excerpt on Asbestos from Occupation and Health: Encyclopedia of Hygiene, Pathology and Social Welfare, Volume 1 A-H, pp. 189-191 |
| 1238 | 1930/07 | Mills, Ralph G. | | Article | Pulmonary Asbestosis: Report of a Case, Minnesota Medicine, Vol. XIII, pp. 495-499 |
| 1239 | 1928/10/11 | Williams, Y. S. | Bureau of Medicine and Surgery and Others | Memorandum | Safety Engineering |
| 1240 | 1927 | Fortescue, T. A. | | Article | Report of Poisoning by Trinitrotoluene Among Enlisted Men Engaged in Transferring T.N.T. from Storage to U.S.S. "Nitro", US Naval Medical Bulletin, Vol. 25, pp. 491-493 |
| 1241 | 1964/05/01 | Marr, William T. | | Article | Asbestos Exposure During Naval Vessel Overhaul, Industrial Hygiene Journal, May-June, 1964, pp. 264-268 |

Exhibit A - 080

| EX. | DATE | AUTHOR | RECIPIENT | TYPE OF DOC | REFERENCE |
|---|---|---|---|---|---|
| 1242 | 1922/03 | Jones, R. F. | | Article | The Division of Preventive Medicine, Notes on Preventive Medicine for Medical Officers, United States Navy, Instructions to Medical Officers, Industrial Hygiene at Navy Yards, United States Naval Medical Bulletin, Vol. XVI, No. 3, March 1922, pp. 574-580 |
| 1243 | 1948/03/19 | | | Map | Map showing layout of Westinghouse facility in Lester, Pennsylvania |
| 1244 | 1949/10/12 | | | Photo | Photo of safety award being presented to Westinghouse South Philadelphia facility |
| 1245 | | Westinghouse Electric Corporation | | Bulletins | Descriptive Bulletins regarding brakes |
| 1246 | | Westinghouse Electric Corporation | | Bulletins | Descriptive Bulletins regarding motors |
| 1247 | 1957/02/13 | | | Agreement | Agreement between the Ingalls Shipbuilding Corporation and Office Employees International Union, A.F.L.-C.I.O. and Its Local No. 204, Pascagoula, Mississippi, Plant Clerical, January 15, 1957 - January 15, 1960 |
| 1248 | 1957/02/13 | | | Agreement | Agreement between the Ingalls Shipbuilding Corporation and Office Employees International Union, A.F.L.-C.I.O. and Its Local No. 204, Pascagoula, Mississippi, Office Clerical, January 15, 1957 - January 15, 1960 |
| 1249 | 1957/02/20 | | | Agreement | Agreement between the Ingalls Shipbuilding Corporation and The Local Union No. 733, International Brotherhood of Electrical Workers, January 15, 1957 - January 15, 1960 |
| 1250 | 1919/08/15 | Strong, Anne H. | | Article | Problems in the Training of Industrial Nurses, Journal of Industrial Hygiene, Vol. 1, No. 1, pp. 297-300 |
| 1251 | 1919/05/12 | Drinker, Cecil K. | Turner, C. E. | Letter | Ph.D. program and May 3, 1919 letter from Turner to Drinker |
| 1252 | 1960/02/02 | | | Agreement | Agreement between the Ingalls Shipbuilding Corporation and Office Employees International Union, A.F.L.-C.I.O. and Its Local No. 204, Pascagoula, Mississippi, Office Clerical, January 15, 1960 - February 15, 1962 |
| 1253 | 1960/02/02 | | | Agreement | Agreement between the Ingalls Shipbuilding Corporation and Office Employees International Union, A.F.L.-C.I.O. and Its Local No. 204, Pascagoula, Mississippi, Plant Clerical, January 15, 1960 - February 15, 1962 |
| 1254 | 1919 | Trible, G. B.; Watkins, S. S. | | Bulletin | Ear Protection, U.S. Naval Medical Bulletin, Vol. 13, No. 1, pp. 48-60 |

Exhibit A - 081

| EX. | DATE | AUTHOR | RECIPIENT | TYPE OF DOC | REFERENCE |
|---|---|---|---|---|---|
| 1255 | 1962/03/16 | | | Agreement | Agreement between the Ingalls Shipbuilding Corporation and Office Employees International Union, A.F.L.-C.I.O. and Its Local No. 204, Pascagoula, Mississippi, Office Clerical, February 15, 1962 - February 15, 1965 |
| 1256 | 1962/03/16 | | | Agreement | Agreement between the Ingalls Shipbuilding Corporation and Office Employees International Union, A.F.L.-C.I.O. and Its Local No. 204, Pascagoula, Mississippi, Plant Clerical, February 15, 1962 - February 15, 1965 |
| 1257 | 1962/03/16 | | | Agreement | Agreement between the Ingalls Shipbuilding Corporation and The Local Union No. 733, International Brotherhood of Electrical Workers, February 15, 1962 - February 15, 1965 |
| 1258 | 1918/10/25 | Newman, Bernard J. | Drinker, C. K. | Letter | Faculty and students for Inspections and Investigations |
| 1259 | 1965/03/30 | | | Agreement | Agreement between the Ingalls Shipbuilding Corporation and Local Lodge 1133 International Association of Machinists AFL - CIO and Local No. 733, International Brotherhood of Electrical Workers AFL - CIO, Dept. 33 Quality Control and Dept. 29 Hydraulics Pre-Test, February 15, 1965 - February 15, 1968 |
| 1260 | 1965/03/30 | | | Agreement | Agreement between the Ingalls Shipbuilding Corporation and Mississippi Gulf Coast Independent Union of Guards and Watchmen, Local Union No. 1, March 1, 1965 - March 1, 1968 |
| 1261 | 1966/01/13 | United States Coast Guard | | Regulation | Rules and Regulations for Cargo and Miscellaneous Vessels |
| 1262 | 1966/04/05 | U.S. Department of Labor | | Regulation | General Safety and Health Standards for Federal Supply Contracts under the Walsh-Healey Public Contracts Act |
| 1263 | | | | Report | Industrial Dust |
| 1264 | 1935/04/13 | | | Excerpt | Workmen's Compensation Acts: Pulmonary Asbestosis an "Injury by Accident," Not an Occupational Disease JAMA, Vol. 104, No. 15, p. 1364 |
| 1265 | 1967/08/08 | | | Agreement | Agreement between the Ingalls Shipbuilding Corporation and Local Lodge 1133 International Association of Machinists and Aerospace Workers AFL - CIO and Local No. 733, International Brotherhood of Electrical Workers AFL - CIO, Dept. 33 Quality Control and Dept. 29 Hydraulics Pre-Test, July 15, 1967 - October 15, 1972 |

Exhibit A - 082

| EX. | DATE | AUTHOR | RECIPIENT | TYPE OF DOC | REFERENCE |
|-----|------|--------|-----------|-------------|-----------|
| 1266 | 1967/08/09 | | | Agreement | Agreement between the Ingalls Shipbuilding Corporation and Office Employees International Union, A.F.L.-C.I.O. and Its Local No. 204, Pascagoula, Mississippi, Office Clerical, July 15, 1967 - October 15, 1972 |
| 1267 | 1967/08/09 | | | Agreement | Agreement between the Ingalls Shipbuilding Corporation and Office Employees International Union, A.F.L.-C.I.O. and Its Local No. 204, Pascagoula, Mississippi, Plant Clerical, July 15, 1967 - October 15, 1972 |
| 1268 | 1967/08/08 | | | Agreement | Agreement between the Ingalls Shipbuilding Corporation and the International Brotherhood of Electrical Workers, Local Union No. 733, Pascagoula, Mississippi, July 15, 1967 - October 15, 1972 |
| 1269 | 1967/08/07 | | | Agreement | Agreement between the Ingalls Shipbuilding Corporation and Mississippi Gulf Coast Independent Union of Guards and Watchmen, Local Union No. 1, July 15, 1967 - November 1, 1972 |
| 1270 | 1873 | Gihon, Albert Leary | | Handbook | Practical Suggestions in Naval Hygiene, pp. 27-53 |
| 1271 | 1968/09/03 | Bryan, G. M. | Fulgham, C. H. | Letter | Safety Inspection under Walsh-Healey Act |
| 1272 | | Murdock, J. W. | Forty-Eight Insulations, Inc | Letter | Proposed Insulating Materials for Naval Vessels |
| 1273 | 1970/01/20 | Alsip, W. G. | Marandino, N. J. | Letter | Research studies in the use of asbestos and other insulating materials |
| 1274 | 1980/12/16 | Heasley, Zella R. | Whittington, M. P. | Letter | Composition of 262 Commerical Grade Micarta |
| 1275 | | | | List | Johns-Manville Marinite product composition list |
| 1276 | | | | List | Appendix A:  An Historical Chronology of Aerospace Medicine in the U.S. Navy |
| 1277 | 1970/11/17 | Joris, J. C. | Daughdrill, T. G. | Letter | November 10, 1970 East Bank Inspection |
| 1278 | 1971/01/11 | Brown, Wilson M. | Daughdrill, T. G. | Letter | Engineering Visit on December 16 and 17, 1971 |
| 1279 | 1971/11/17 | Joris, J. C. | Weeks, M. A. | Letter | Injury report |
| 1280 | 1971/02/09 | Holaday, Duncan A. | Members of Shipyard Manual Committee | Memorandum | Rough Draft of Manual for Shipyards |
| 1281 | 1971/04/01 | | | Agreement | Service Agreement Between American Mutual Corporation and Litton Industries, Inc. |
| 1282 | 1971/04/06 | Brown, Wilson M. | Daughdrill, T. G. | Letter | Engineering Visit March 25, 1971 |
| 1283 | | Robbins, H. M.; Marr, W. T. | | Article | Twenty-One Hundred Dollars Plus Per Month For Asbestos |

Exhibit A - 083

| EX. | DATE | AUTHOR | RECIPIENT | TYPE OF DOC | REFERENCE |
|-----|------|--------|-----------|-------------|-----------|
| 1284 | 1971/11/01 | | | Agreement | Agreement Between Litton Ship Systems and the Metal Trades Department, AFL - CIO, Pascagoula Metal Trades Council |
| 1285 | 1971/11/01 | | | Agreement | Agreement Between Ingalls Nuclear Shipbuilding Division and the Office Employees International Union, AFL - CIO and Its Local No. 204 |
| 1286 | 1971/11/12 | | | Agreement | Agreement Between Litton Ship Systems and the Office Employees International Union, AFL - CIO and Its Local No. 204 |
| 1287 | 1971/11/09 | | | Agreement | Agreement Between Ingalls Nuclear Shipbuilding Division and the International Brotherhood of Electrical Workers, Local No. 733, November 9, 1971 - November 17, 1974 |
| 1288 | 1971/11/09 | | | Agreement | Agreement Between Litton Ship Systems and the International Brotherhood of Electrical Workers, Local No. 733 |
| 1289 | | | | Poster | On the Job for Victory |
| 1290 | | | | Poster | The Navy Needs You on this Job! No Delays - Or Idle Days! Don't Slow Up The Ship! |
| 1291 | 1972/01/25 | Foote, S. W. | Daughdrill, T. G. | Letter | Visit to Ingalls East |
| 1292 | 1972/02/17 | Crowe, E. L. | Various Ingalls Subcontractors | Letters | OSHA Emergency Standard 1910.93A (Asbestos) |
| 1293 | 1972/02/18 | Foote, S. W. | Stratton, J. S. | Letter | February 4, 1972 visit to Ingalls to evaluate certain occupational disease hazards |
| 1294 | 1972/03/16 | | | Agreement | Agreement Between Ingalls Nuclear Shipbuilding Division and Local Lodge 1133 of the International Association of Machinists and Aerospace Workers, March 16, 1972 - November 1974 |
| 1295 | 1972/04/27 | Joris, J. C. | Davidson, I. M. | Memorandum | Ingalls Nuclear Shipbuilding |
| 1296 | | | | Poster | Another American Naval Victory! Stay On The Job!  Keep 'Em Launching! Don't Slow Up the Ship! |
| 1297 | 1972/05/04 | Ingalls | | Instructions | Operating Instructions regarding selection of vendors |
| 1298 | 1972/07/12 | Foote, S. W. | | Report | Report of Occupational Disease Survey, Ingalls Nuclear Shipbuilding |
| 1299 | 1972/08/22 | Allen, Cole A. | Weir, Dan | Letter | Report regarding Ingalls visit on August 7, 1972 |
| 1300 | 1972/12/22 | Joris, J. C. | Weeks, M. A. | Letter | Ingalls visit on December 13, 1972 |
| 1301 | | | | Poster | Get First Aid At Once! Big Aches from Little Injuries Grow |
| 1302 | 1973/02/22 | Joris, J. C. | Downs, A. | Letter | Clearance reinstatement |
| 1303 | | | | Poster | America Needs Ships to Carry the War to the Enemy, Lets Go! |

Exhibit A - 084

| EX. | DATE | AUTHOR | RECIPIENT | TYPE OF DOC | REFERENCE |
|-----|------|--------|-----------|-------------|-----------|
| 1304 | 1973/06/21 | Ingalls | | Instructions | Operating Instructions regarding selection of vendors |
| 1305 | 1973/12/07 | Ingalls | | Instructions | Operating Instructions regarding selection of suppliers |
| 1306 | | | | Article | History of Industrial Health Program of U.S. Navy During & After World War II |
| 1307 | 1973/05/18 | | | Agreement | Agreement Between Ingalls Shipbuilding Division and the International Brotherhood of Electrical Workers, Local No. 733 |
| 1308 | 1973/05/28 | Janus, L. | Daughdrill, T. G. | Memorandum | Environmental Sampling For Asbestos Fibers |
| 1309 | 1973/05/29 | | | Agreement | Agreement between the Ingalls Shipbuilding Division and Office Employees International Union, A.F.L.-C.I.O. and its Local No. 204, Pascagoula, Mississippi, May 29, 1973 - November 17, 1974 |
| 1310 | 1973/06/01 | U.S. Coast Guard | | Regulation | Marine Engineering Regulation |
| 1311 | 1973/06/04 | Daughdrill, T. G. | Janus, L. | Memorandum | Environmental Sampling for Asbestos Fibers |
| 1312 | 1973/06/07 | Custis, D. L. | | Instruction | BUMED Instruction 6260.14, Asbestos; measures for control of |
| 1313 | 1973/07/10 | Foote, S. W. | | Report | Report of Occupational Disease Survey, Ingalls Shipbuilding, Division of Litton Industries, East Yard, Pascagoula, Mississippi |
| 1314 | | | | List | Asbestos End Items |
| 1315 | 1974/05/21 | Janus, L. | McConnell, F. | Memorandum | Evaluation of the Health Hazards Involved in Sandblasting, W/O #2139 |
| 1316 | 1974/10/04 | Ruddy, E. P. | Industrial Health and Safety Committee | Letter | Asbestos in Shipboard Use |
| 1317 | 1974/10/10 | Daughdrill, T. G. | Canaga, George | Letter | Work Involving Asbestos on the USS Shark |
| 1318 | 1974/11/27 | DeLury, Bernard E. | Hood, Edwin M. | Letter | Guidelines for Coverage Under the Longshoremen's and Harbor Worker's Compensation Act |
| 1319 | 1974/12/09 | | | Agreement | Agreement between the Ingalls Shipbuilding Division and Mississippi Gulf Coast Independent Union of Guards and Watchmen, Local Union No. 1, December 9, 1974 - January 29, 1978 |
| 1320 | 1974/12/18 | | | Agreement | Agreement between the Ingalls Shipbuilding Division and The Metal Trades Department, AFL - CIO, Pascagoula Metal Trades Council, December 18, 1974 - January 29, 1978 |

Exhibit A - 085

| EX. | DATE | AUTHOR | RECIPIENT | TYPE OF DOC | REFERENCE |
|-----|------|--------|-----------|-------------|-----------|
| 1321 | 1974/12/18 | | | Agreement | Agreement between the Ingalls Shipbuilding Division and Local Lodge 1133, International Association of Machinists and Aerospace Workers, AFL - CIO, Dept. 33 Non-Destructive Test, Dept. 29 Hydraulics Pre-Test, Dept. 34 Radiation Control Monitors and Dept. 38 Nuclear Quality Assurance, December 18, 1974 - January 29, 1978 |
| 1322 | 1974/12/18 | | | Agreement | Agreement between the Ingalls Shipbuilding Division and the Office Employees, International Union, AFL - CIO and Its Local No. 204 |
| 1323 | 1974/12/18 | | | Agreement | Agreement between the Ingalls Shipbuilding Division and the International Brotherhood of Electrical Workers, Local Union No. 733, AFL - CIO, December 18, 1974 - January 29, 1978 |
| 1324 | 1975/02/12 | Ingalls | | Instruction | Departmental Operating Instruction regarding selection of suppliers |
| 1325 | 1975/06/20 | Ingalls | | Instruction | Departmental Operating Instruction regarding selection of suppliers |
| 1326 | 1975/08/04 | Frew, J. E. | Daughdrill, T. G. | Memorandum | Insulation Removal of |
| 1327 | 1976/01 | Supervisor of Shipbuilding | Ingalls | Memorandum | Asbestos Containing Material; Hazards of |
| 1328 | 1976/03/08 | Joris, J. C. | File | Memorandum | Asbestos Ingalls Shipbuilding |
| 1329 | | | | | Various letters and documents regarding Refrasil |
| 1330 | 1976/03/25 | Joris, J. C. | Massengale, Don | Letter | Visits to the yard |
| 1331 | 1976/03/30 | Foote, S. W. | Daughdrill, T. G. | Letter | Ingalls visit |
| 1332 | 1976/09/20 | Ingalls | | Instruction | Departmental Operating Instruction regarding selection of suppliers |
| 1333 | | Ingalls | | Instruction | Departmental Operating Instruction regarding selection of suppliers |
| 1334 | 1976/11/11 | Joris, John C. | Massengale, Don | Letter | Visits to Ingalls |
| 1335 | 1976/12/23 | Joris, John C. | Massengale, Don | Letter | Visits to Ingalls |
| 1336 | 1977/02/09 | Daughdrill, T. G. | Wheeler, K. | Memorandum | Review of Silica and Asbestos Regulations/Related Work Practice |
| 1337 | 1977/03/07 | Janus, L. | Safety Department | Memorandum | Monitoring of Airborne Asbestos, Hull 1212 |
| 1338 | 1977/04/21 | | | Amendment | Amendment of Solicitation/Modification of Contract between the Navy and Ingalls regarding elimination of asbestos material |
| 1339 | 1918/10/17 | Newman, Bernard J. | Drinker, C. K. | Letter | Requesting the recommendation of several men that are familiar with Industrial hygiene from Harvard Medical School |

Exhibit A - 086

| EX. | DATE | AUTHOR | RECIPIENT | TYPE OF DOC | REFERENCE |
|-----|------|--------|-----------|-------------|-----------|
| 1340 | 1978/01/29 | | | Agreement | Negotiated Agreement Between Ingalls Shipbuilding Division and The Metal Trades Department, AFL - CIO, Pascagoula Metal Trades Council, January 29, 1978 - February 1, 1981 |
| 1341 | 1963/11/14 | | | Schedule | Joiner Plan Schedule, Avondale Shipyards Inc., Hulls 1040 to 1043 |
| 1342 | 1978/01/29 | | | Agreement | Agreement between the Ingalls Shipbuilding Division and Local Lodge 1133, International Association of Machinists and Aerospace Workers, AFL - CIO; Dept. 33 Non-Destructive Test, Dept. 29 Hydraulics Pre-Test, Dept. 34 Radiation Control Monitors and Dept. 38 Nuclear Quality Assurance, January 29, 1978 - February 1, 1981 |
| 1343 | 1978/01/29 | | | Agreement | Agreement between the Ingalls Shipbuilding Division and the Office Employees International Union AFL - CIO and its Local, No. 204, January 29, 1978 - February 1, 1981 |
| 1344 | 1978/01/29 | | | Agreement | Agreement between the Ingalls Shipbuilding Division and the International Brotherhood of Electrical Workers, Local, No. 733, January 29, 1978 - February 1, 1981 |
| 1345 | 1978/01/29 | | | Agreement | Agreement between the Ingalls Shipbuilding Division and Mississippi Gulf Coast Independent Union of Guards and Watchmen, Local Union No. 1, January 29, 1978 - February 1, 1980 |
| 1346 | 1978/03/03 | | | Amendment | Amendment of Solicitation/Modification of Contract between the Navy and Ingalls |
| 1347 | 1978/06/26 | Janus, L. | Safety Department | Memorandum | Monitoring of Airborne Asbestos II-1213 |
| 1348 | 1978/07/07 | Mahaffey, John J. | Contracts Department, Ingalls Shipbuilding | Memorandum | USS Tarana (LHA-1) Class, Contract N00024-69-C-0283; Asbestos Material on LHA Ships |
| 1349 | 1978/08/08 | Chase, John D. | All Ships and Stations | Instruction | OPNAV Instruction 6260.1A, Control of Asbestos Exposure to Naval Personnel and Environs |
| 1350 | 1978/08/09 | Janus, L. | Safety Department | Memorandum | Monitoring of Airborne Asbestos, H-1213, SS(N)649 |
| 1351 | 1978/08/10 | Foote, S. W. | Massengale, Don | Letter | Asbestos contained in Airco Welding Rods |
| 1352 | 1978/10/24 | Northrup, J. F. | Waddell, L. N. | Memorandum | Asbestos In-Yard |
| 1353 | 1978/12/13 | Ingalls | | Instruction | Departmental Operating Instruction Change Notice regarding Selection of Suppliers |
| 1354 | | | | List | Hopeman Brothers Avondale Ship Joiner List |
| 1355 | 1960/06/06 | Turnock, E. H. | Weeks, J. L. | Letter | Fluoride Note on Labels |
| 1356 | 1958 | | | Regulation | Safety in Welding and Cutting |

Exhibit A - 087

| EX. | DATE | AUTHOR | RECIPIENT | TYPE OF DOC | REFERENCE |
|-----|------|--------|-----------|-------------|-----------|
| 1357 | 1977/04/13 | Ballentine, R. E. | Apffel, Ervin A. | Letter | Warnings on welding rods |
| 1358 | | | | Warnings | Warnings placed on Westinghouse welding rods |
| 1359 | 1979/08/20 | Wight | Bath Iron Works Corporation | Memorandum | Contract N62736-70-C-0001, USS W. S. Sims (FF-1039) and Coast N62786-79-C-0001, USS Conyngham (DDG-17) Use or Substitution of Material Containing Asbestos |
| 1360 | 1942/11/05 | Fisher, C. W.; Ring, Daniel S. | Bard, Ralph A.; Vickery, H. L. | Memorandum | Plans for Safety and Health Programs |
| 1361 | 1970/01/30 | Weeks, M. A. | Alsip, W. G. | Letter | Visit to yard |
| 1362 | 1970/02/10 | Daughdrill, T. G. | Weeks, M. A. | Letter | Asbestos Study |
| 1363 | 1970/02/10 | Etherton, L. M. | Daughdrill, T. G. | Letter | Service Call to Evaluate Safe Working Environment |
| 1364 | 1986/03/21 | Drinker, Philip; McKhann, Charles F. | | Article | The Use of a New Apparatus for the Prolonged Administration of Artificial Respiration, I. A Fatal Case of Poliomyelitis, JAMA, Vol. 255, No. 11, pp. 1473-1475 |
| 1365 | | | | Corporate history | Nicolet corporate information and products list |
| 1366 | | Keasbey & Mattison | | Brochure | Product Brochure |
| 1367 | 1969/08/20 | Murdock, J. W. | Commander, Naval Ship Engineering Center | Memorandum | Asbestos, hazards of: NAVSECPHILADIV Project FA-287 |
| 1368 | | | | Data Sheet | Material Safety Data Sheet for Micarta Grade 262 |
| 1369 | 1970/02/24 | Reitze, William B. | Daughdrill, T. G. | Letter | Visit to shipyard |
| 1370 | 1916/10 | Bloedorn, W. A. | | Article | Special Articles, Studies of Industrial Accidents Which Occurred in the Navy Yard at Washington D.C., U.S. Naval Medical Bulletin, Vol. 10, No. 4, pp. 585-625 |
| 1371 | 1970/06/15 | Joris, J. C. | Weeks, M. A. | Letter | Report on Safety Activities of East Yard |
| 1372 | 1970/06/22 | Joris, J. C. | Daughdrill, T. G. | Letter | Visit with Weeks and Stratton |
| 1373 | 1970/07/01 | U.S. Coast Guard | | Regulation | Marine Engineering Regulations, Subchapter F |
| 1374 | 1970/11/11 | Etherton, L. M. | Daughdrill, T. G. | | Accident Prevention Service Call |
| 1375 | 1979/02/09 | | | Amendment | Amendment of Solicitation/Modification of Contract between the Navy and Ingalls |
| 1376 | 1979/02/12 | Ingalls | | | Job Safe Practice Asbestos Control |
| 1377 | 1979/02/28 | | | | Classifications, Crafts - Contract Years |
| 1378 | 1979/07/02 | | | Amendment | Amendment of Solicitation/Modification of Contract between the Navy and Ingalls |
| 1379 | 1979/11/13 | | | Instruction | Departmental Operating Instruction Change Notice regarding Selection of Suppliers |

Exhibit A - 088

| EX. | DATE | AUTHOR | RECIPIENT | TYPE OF DOC | REFERENCE |
|---|---|---|---|---|---|
| 1380 | 1980/03/21 | Litton Systems, Inc. | | Responses | Responses to Plaintiffs' Interrogatories in Roy Latham Hart vs. Armstrong Cork Company, et al., United States District Court, Southern District of Mississippi, Southern Division |
| 1381 | 1967/09/13 | Newport News | Myers, C. W. | Memorandum | Problem of Asbestos Exposure |
| 1382 | 1980/04/09 | Carlson, John | Wiesenburg, Karl | Letter | Construction Record, encloses copy of original list of Ingalls ships |
| 1383 | 1980/10/03 | Carlson, John | Wiesenburg, Karl | Letter | Regarding Computer Record of Hull Numbers, Assignment of Insulation Subcontractors |
| 1384 | 1981/02/01 | | | Agreement | Agreement Between Ingalls Shipbuilding Division and The Metal Trades Department, AFL - CIO, Pascagoula Metal Trades Council, February 1, 1981 - January 29, 1984 |
| 1385 | 1981/02/01 | | | Agreement | Agreement Between Ingalls Shipbuilding Division and Local Lodge 1133, International Association of Machinists and Aerospace Workers, AFL - CIO, Dept. 33 Non-Destructive Test, Dept. 29 Hydraulics Pre-Test and Dept. 34 Radiation Control Monitors, February 1, 1981 - January 29, 1984 |
| 1386 | 1981/02/01 | | | Agreement | Agreement Between Ingalls Shipbuilding Division and the Office Employees International Union and its Local No. 204, February 1, 1981 - January 29, 1984 |
| 1387 | 1981/02/01 | | | Agreement | Agreement Between Ingalls Shipbuilding Division and the International Brotherhood of Electrical Workers, Local Union No. 733, Pascagoula, Mississippi, February 1, 1981 - January 29, 1984 |
| 1388 | 1981/02/01 | | | Agreement | Agreement Between Ingalls Shipbuilding Division and Mississippi Gulf Coast Independent Union of Guards and Watchmen, Local Union No. 1, February 1, 1981 - January 31, 1984 |
| 1389 | 1981/04/28 | Carlson, John H. | Reed, William T. | Letter | List of Joiner Subcontractors |
| 1390 | 1978/08/28 | Q.A. Coordinator, 053 Department | Distribution | Memorandum | Storage and Issue of Asbestos Material in Hiden's Warehouses |
| 1391 | 1981/05/06 | Daughdrill, T. G. | Reed, W. T. | Letter | Respirators |
| 1392 | 1981/05/15 | Janus, Louis | Reed, William T. | Letter | Bibliographic material |
| 1393 | 1981/05/12 | Carlson, John H. | Reed, William T. | Letter | Henry S. Bullock's memorandum dated May 11, 1981 in regard to the Ship Construction Record |
| 1394 | 1982/04/01 | Ingalls | | Instruction | Departmental Operating Instruction Sheet regarding Selection of Suppliers |

Exhibit A - 089

| EX. | DATE | AUTHOR | RECIPIENT | TYPE OF DOC | REFERENCE |
|-----|------|--------|-----------|-------------|-----------|
| 1395 | 1983/09/26 | | | Agreement | Agreement Between The Ingalls Shipbuilding Division and The Metal Trades Department, AFL - CIO, Pascagoula Metal Trades Council, September 26, 1983 - February 1, 1987 |
| 1396 | 1983/09/26 | | | Agreement | Agreement Between The Ingalls Shipbuilding Division and The Local Lodge 1133, International Association of Machinists and Aerospace Workers, AFL - CIO, Dept. 33 Non-Destructive Test, Dept. 29 Hydraulics Pre-Test, September 26, 1983 - February 1, 1987 |
| 1397 | 1983/09/26 | | | Agreement | Agreement Between The Ingalls Shipbuilding Division and The Office Employees International Union and Its Local No. 204, September 26, 1983 - February 1, 1987 |
| 1398 | 1983/09/26 | | | Agreement | Agreement Between The Ingalls Shipbuilding Division and The International Brotherhood of Electrical Workers, Local Union No. 733, September 26, 1983 - February 1, 1987 |
| 1399 | 1983/09/26 | | | Agreement | Agreement Between The Ingalls Shipbuilding Division and Mississippi Gulf Coast Independent Union of Guards and Watchmen, Local Union No. 1, September 26, 1983 - February 1, 1987 |
| 1400 | 1984/02/21 | Ingalls | | Instruction | Departmental Operating Instruction Change Notice regarding Selection of Suppliers |
| 1401 | 1984/05/07 | Ingalls | | Instruction | Departmental Operating Instruction Sheet regarding selection of suppliers |
| 1402 | 1987/02/01 | | | Agreement | Agreement Between The Ingalls Shipbuilding Division and The Metal Trades Department, AFL - CIO, Pascagoula Metal Trades Council, February 1, 1987 - February 4, 1990 |
| 1403 | 1987/02/01 | | | Agreement | Agreement Between The Ingalls Shipbuilding Division and The Local Lodge 1133, International Association of Machinists and Aerospace Workers, AFL - CIO, Dept. 33 Non-Destructive Test, Dept. 29 Hydraulics Pre-Test, February 1, 1987 - February 4, 1990 |
| 1404 | 1987/02/01 | | | Agreement | Agreement Between The Ingalls Shipbuilding Division and The Office Employees International Union, AFL - CIO and Its Local No. 204, February 1, 1987 - February 4, 1990 |
| 1405 | 1987/02/01 | | | Agreement | Agreement Between The Ingalls Shipbuilding Division and The International Brotherhood of Electrical Workers, Local Union No. 733, February 1, 1987 - February 4, 1990 |

Exhibit A - 090