| EX. | DATE | AUTHOR | RECIPIENT | TYPE OF DOC | REFERENCE |
|---|---|---|---|---|---|
| 1880 | | | | Books | Jane's Fighting Ships |
| 1881 | | | | Books | Record of American Bureau of Shipping |
| 1882 | | | | Book | Dictionary of American Naval Fighting Ships (all available volumes and editions) |
| 1883 | | | | Documents | Various Federal, State, and ACGIH TLVs (1946-1970s) |
| 1884 | | | | Documents | Any OSHA Standard regarding Asbestos |
| 1885 | | | | Photograph | Photograph of Turbine |
| 1886 | | | | Resumes | Experts' resumes and curriculum vitae |
| 1887 | | | | Records | Records pertaining to benefits received or to be received constituting collateral sources |
| 1888 | | | | Documents | Plaintiff's or, if applicable, decedent's or co-worker's income tax returns, social security earnings records and W-2 forms |
| 1889 | | | | Discovery | Discovery responses including answers to interrogatories, requests for production, and requests for admissions; plaintiffs' work history sheets; and responses to any other discovery request |
| 1890 | | | | Documents | Contracts, drawings, technical writings, manuals, specifications, correspondence, and any other related documents or materials for any Westinghouse equipment at issue |
| 1891 | | | | Records | All medical records, X-rays and pathology |
| 1892 | | | | Records | Employment records of Plaintiffs or any co-workers |
| 1893 | | | | Documents | Any document produced by Plaintiff |
| 1894 | | | | Resumes | Curriculum vitae and all published and unpublished papers and testing data of this defendant's fact and expert witnesses |
| 1895 | | | | Demonstratives | Videotapes, slides, testing and demonstrative evidence of this defendant's experts |
| 1896 | | | | Books | Various texts and medical articles relevant to this case |
| 1897 | | | | Depositions | Depositions of co-workers and product identification witnesses |
| 1898 | | | | Documents | Any exhibit designated by any other party and not objected to by CBS |
| 1899 | | | | Demonstratives | Demonstrative medical or anatomical exhibits |
| 1900 | | | | Documents | Cruise logs for any ship at issue |
| 1901 | | | | Pleadings | All pleadings filed or served by plaintiff |

| EX. | DATE | AUTHOR | RECIPIENT | TYPE OF DOC | REFERENCE |
|---|---|---|---|---|---|
| 1902 | | | | Depositions | All stenographic or video depositions taken or designated by any party and all exhibits to same |
| 1903 | | | | Depositions | Exhibits and transcripts from prior depositions in unrelated cases relied upon by plaintiff's counsel to justify non-production. |
| 1904 | | | | Documents | Any and all literature relied upon or written by any party's expert witnesses |
| 1905 | | | | Documents | Any and all documents produced by any party to this action |
| 1906 | | | | Records | Records and documents related to the history, design, manufacture, and repair of vessels or equipment at issue |
| 1907 | | | | Book/Publication | Publications and records related to the site(s) at issue in this case |
| 1908 | | | | Demonstratives | Photographs and images of the vessel(s), equipment, premises or shipyard(s) at issue in this case |
| 1909 | | | | Documents | Any and all documents related to the US Navy and/or Federal Government Involvement in the design, manufacture, and repair of the vessels or equipment at issue in this case |
| 1910 | | | | Documents | Pre- and Post- OSHA Warning Labels and documents related to the use of same |
| 1911 | | | | Demonstratives | Diagrams, drawings, models, examples, photographs, arial photographs, videotapes, and/or satellite images of Plaintiff's workplaces |
| 1912 | | | | Photos | Photos of products and equipment identified by plaintiff |
| 1913 | | | | Demonstrative | Chart regarding plaintiff's work history |
| 1914 | | | | Documents | Asbestos Claim Forms, Statements and Affidavits regarding the alleged asbestos exposures of plaintiff and co-workers including any and all documents relating to claims made to any asbestos-related trust. |
| 1915 | | | | Documents | Plaintiff's Military records (including but not limited to DD-214 Report of transfer or discharge) |
| 1916 | | | | Depositions | Depositions of Defendants' Corporate representatives and exhibits attached |
| 1917 | | | | Depositions | Depositions of any non-party site owners or any other non-parties taken in this case and any exhibits attached |
| 1918 | | | | Records | SEC Reports |
| 1919 | | | | Documents | Discovery responses and documents produced by any non-party site owner |
| 1920 | | | | Documents | Miscellaneous Maritime documents |

| EX. | DATE | AUTHOR | RECIPIENT | TYPE OF DOC | REFERENCE |
|---|---|---|---|---|---|
| 1921 | | | | Documents | Commonly discovered Shook and Fletcher product documents and hull lists and/or summaries |
| 1922 | | | | Documents | Commonly discovered Badham Insulation Co. product documents and hull lists and/or summaries |
| 1923 | | | | Documents | Commonly discovered Frigitemp Marine Co. product documents and hull lists and/or summaries |
| 1924 | | | | Documents | Discovery responses and depositions of various other defendants and companies to which plaintiff claims exposure |
| 1925 | | | | Book | UDI (all available volumes and editions) |
| 1926 | | | | Documents | U.S. Navy reports, correspondence, and manuals |
| 1927 | | | | Documents | Military, federal, and general specifications |
| 1928 | | | | Documents | Records of the National Archives relating to the shipyard(s) or vessel(s) at issue, or class of vessels at issue, including but not limited to documents associated with the general arrangement, machinery arrangement, piping and insulation arrangement, listing of machinery, overhauls, material inspections, departure reports, and correspondence between the U.S. Navy and manufacturers |